| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Kevin G. McDonald, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>kmcdonald@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper | Case No: <u>18-17157 JNP</u><br><br>Chapter: <u>7</u><br><br>Judge: Jerrold N. Poslusny Jr. |
| In Re:<br>Sandra M. Devincent<br><br>                              Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

Date:                                              04/19/2018        **/s/ Rebecca A. Solarz, Esquire**
                                                                     Rebecca A. Solarz, Esquire
                                                                     Kevin G. McDonald, Esquire
                                                                     Denise Carlon, Esquire
                                                                     Brian C. Nicholas, Esquire
                                                                     **KML Law Group, P.C.**
                                                                     216 Haddon Avenue, Ste. 406
                                                                     Westmont, NJ 08108
                                                                     (609) 250-0700 (NJ)
                                                                     (215) 627-1322 (PA)
                                                                     FAX: (609) 385-2214
                                                                     Attorney for Movant/Applicant

*new 8/1/15*