UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Sandra M .DeVincent | Case No.: __18-17157-JNP__<br>Chapter: __7__<br>Judge: __Jerrold N. Poslusny, Jr.__ |

### NOTICE OF PROPOSED PRIVATE SALE

__Sandra M. Devincent__, __debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Post Office and Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on _____ at _____ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 16 Palmetto Avenue, Marlton, NJ 08054 |
|---|---|

| Proposed Purchaser: | Chevon Matthews and Michael Matthews |
|---|---|

| Sale price: | $279,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Weichert Realtors |
|---|---|
| Amount to be paid: | 6% of Sale Price |
| Services rendered: | Listing and Selling Broker |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Travis J. Richards, Esq.

Address: 141 High Street, Mount Holly, NJ 08060

Telephone No.: (609)267-1301

*rev.8/1/15*