United States Bankruptcy Court
District of New Jersey, Camden Division

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Travis J. Richards, Esq. (TR2556)
Weishoff & Richareds, LLC
141 high Street
Mount Holly, NJ 08060
(609)267-1301

In Re:
Devincent, Sandra M.

Case No.: 18-17157
Chapter: 7
Adv. No.: _____
Hearing Date: _____
Judge: JNP _____

## CERTIFICATION OF SERVICE

1. I, Travis J. Richards.:

   [x] represent _____the debtor_____ in the this matter.

   [ ] am the secretary/paralegal for _____, who represents _____ in the this matter.

   [ ] am the _____ in the this case and am representing myself.

2. On May 1, 2018_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Application to appoint Weichert Realtors, ReMax Preferred, and Michael S. Rothmel to represent the debtor, and Motions to Sell 4 Benchly Way, Mt. Laurel, NJ 08054 and to sell 16 Pametto Ave, Marlton, NJ 08053

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 1, 2018

/s/ Sandra M. Devincent
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bayview Financial Loan<br>4425 Ponce de Leon Blvd<br>Coral Gables, FL 33146-1837 | Creditor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Creditor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Car Sense<br>1971 Route 541<br>Mount Holly, NJ 08060-3822 | Creditor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Creditor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Creditor | [ ] Hand-delivered<br>[ x ] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Nationstar/mr. Cooper<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Creditor | [ ] Hand-delivered<br>[ x ] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Sears/Cbna<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Creditor | [ ] Hand-delivered<br>[ x ] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Syncb/amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | Creditor | [ ] Hand-delivered<br>[ x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Td Bank N.A.<br>PO Box 219<br>Lewiston, ME 04243-0219 | Creditor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| Andrew Sklar,<br>Chapter 7 Trustee<br>1200 Laurel Oak Rd #102,<br>Voorhees Township, NJ 08043 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| | | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |
| | | [ ] Hand-delivered<br>[ ] Regular mail<br>[ ] Certified mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*