# NOTICE
## TO BUYER AND SELLER
### READ THIS NOTICE BEFORE SIGNING THE CONTRACT

The Law requires real estate brokers to give you the following information before you sign this contract. It requires us to tell you that you must read all of it before you sign. The purpose is to help you in this purchase or sale.

1) As a real estate broker, I represent: ☐ the seller, not the buyer;   ☒ the buyer, not the seller; ☐ both the seller and the buyer; ☐ neither the seller nor the buyer.
The title company does not represent either the seller or the buyer.

2) You will not get any legal advice unless you have your own lawyer. Neither I nor anyone from the title company can give legal advice to either the buyer or the seller. If you do not hire a lawyer, no one will represent you in legal matters now or at the closing. Neither I nor the title company will represent you in those matters.

3) The contract is the most important part of the transaction. It determines your rights, risks, and obligations. Signing the contract is a big step. A lawyer would review the contract, help you to understand it, and to negotiate its terms.

4) The contract becomes final and binding unless your lawyer cancels it within the following three business days. If you do not have a lawyer, you cannot change or cancel the contract unless the other party agrees. Neither can the real estate broker nor the title insurance company change the contract.

5) Another important service of a lawyer is to order a survey, title report, or other important reports. The lawyer will review them and help to resolve any questions that may arise about the ownership and condition of the property. These reports and survey can cost you a lot of money. A lawyer will also prepare the documents needed to close title and represent you at the closing.

6) A buyer without a lawyer runs special risks. Only a lawyer can advise a buyer about what to do if problems arise concerning the purchase of this property. The problems may be about the seller's title, the size and shape of the property, or other matters that may affect the value of the property. If either the broker or the title company knows about the problems, they should tell you. But they may not recognize the problem, see it from your point of view, or know what to do. Ordinarily, the broker and the title company have an interest in seeing that the sale is completed, because only then do they usually receive their commissions. So, their interests may differ from yours.

7) Whether you retain a lawyer is up to you. It is your decision. The purpose of this notice is to make sure that you have the information needed to make your decision.

| | | | |
|---|---|---|---|
| SELLER | DATE | BUYER | DATE |
| **Steven Devincent** | 4/22/18 | **Chevon Matthews** | 04/19/2018 1:07:15 |
| SELLER | DATE | BUYER | DATE |
| **Sandra Devincent** | | **Michael Matthews** | 04/19/2018 17:20:18 |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |
| Listing Broker | 4/22/18 | Selling Broker | 04/19/2018 05:45 PM GMT |
| **Patricia Abraldes** | | **Jaime Antrim** | |

Prepared by: **Jaime Antrim**
Name of Real Estate Licensee

New Jersey Realtors® Form 118-Statewide 1/18 Page 1 of 13

Coldwell Banker Preferred - Haddonfield, 20 Kings Highway West Haddonfield NJ 08033          Phone: (856)266-5943          Fax: (856)438-1511          Chevon and
Jaime Antrim                              Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



**STATEWIDE NEW JERSEY REALTORS® STANDARD FORM
OF REAL ESTATE SALES CONTRACT**

©2016 New Jersey REALTORS®, Inc.

**THIS FORM MAY BE USED ONLY IN THE SALE OF A ONE TO FOUR-FAMILY RESIDENTIAL PROPERTY
OR VACANT ONE-FAMILY LOTS. THIS FORM IS SUITABLE FOR USE ONLY WHERE THE SELLER HAS
PREVIOUSLY EXECUTED A WRITTEN LISTING AGREEMENT.**

**THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS.
DURING THIS PERIOD YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE
CONTRACT. SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.**

## TABLE OF CONTENTS

1.  PARTIES AND PROPERTY DESCRIPTION
2.  PURCHASE PRICE
3.  MANNER OF PAYMENT
4.  SUFFICIENT ASSETS
5.  ACCURATE DISCLOSURE OF SELLING PRICE
6.  ITEMS INCLUDED IN SALE
7.  ITEMS EXCLUDED FROM SALE
8.  DATES AND TIMES FOR PERFORMANCE
9.  CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE
10. MUNICIPAL ASSESSMENTS
11. QUALITY AND INSURABILITY OF TITLE
12. POSSESSION, OCCUPANCY AND TENANCIES
13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD
14. POINT OF ENTRY TREATMENT SYSTEMS

15. CESSPOOL REQUIREMENTS
16. INSPECTION CONTINGENCY CLAUSE
17. MEGAN'S LAW STATEMENT
18. MEGAN'S LAW REGISTRY
19. NOTIFICATION REGARDING OFF-SITE CONDITIONS
20. AIR SAFETY AND ZONING NOTICE
21. BULK SALES
22. NOTICE TO BUYER CONCERNING INSURANCE
23. MAINTENANCE AND CONDITION OF PROPERTY
24. RISK OF LOSS
25. INITIAL AND FINAL WALK-THROUGHS
26. ADJUSTMENTS AT CLOSING
27. FAILURE OF BUYER OR SELLER TO CLOSE.
28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGEMENT

29. DECLARATION OF BROKER(S) BUSINESS RELATIONSHIP(S)
30. BROKERS' INFORMATION AND COMMISSION
31. EQUITABLE LIEN
32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE
33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS
34. PROFESSIONAL REFERRALS
35. ATTORNEY-REVIEW CLAUSE
36. NOTICES
37. NO ASSIGNMENT
38. ELECTRONIC SIGNATURES AND DOCUMENTS
39. CORPORATE RESOLUTIONS
40. ENTIRE AGREEMENT, PARTIES LIABLE
41. APPLICABLE LAWS
42. ADDENDA
43. ADDITIONAL CONTRACTUAL PROVISIONS

**1.   PARTIES AND PROPERTY DESCRIPTION:**

**Chevon Matthews** _____ ("Buyer"), **Michael Matthews** _____ , ("Buyer"),

_____ ("Buyer"), _____ , ("Buyer"),

whose address is/are **339 Overbrook Lane, Marlton, NJ** _____

**AGREES TO PURCHASE FROM**

**Steven Devincent** _____ ("Seller"), **Sandra Devincent** _____ , ("Seller"),

_____ ("Seller"), _____ , ("Seller"),

whose address is/are **16 Palmetto Avenue, Marlton, NJ  08053** _____

**THROUGH THE BROKER(S) NAMED IN THIS CONTRACT AT THE PRICE AND TERMS STATED BELOW, THE
FOLLOWING PROPERTY:**

Property Address:  **16 Palmetto Avenue, Marlton, NJ  08053** _____

shown on the municipal tax map of _____ **Evesham Twp.** _____ County _____ **Burlington** _____

as Block _____ **00013 39** _____ Lot _____ **00017** _____ (the "Property").

**THE WORDS "BUYER" AND "SELLER" INCLUDE ALL BUYERS AND SELLERS LISTED ABOVE.**

**2.   PURCHASE PRICE:**

| | |
|---|---|
| TOTAL PURCHASE PRICE ................................................ | $ 279,000.00 |
| INITIAL DEPOSIT .................................................... | $ 2,000.00 |
| ADDITIONAL DEPOSIT ................................................. | $ |
| MORTGAGE........................................................... | $ 270,630.00 |
| BALANCE OF PURCHASE PRICE .......................................... | $ 6,370.00 |

Buyer's
Initials: ___ *C* ___  *M M*

Seller's
Initials: *SDV*

Chevon and

**3.  MANNER OF PAYMENT:**

**(A) INITIAL DEPOSIT** to be paid by Buyer to ☒ Listing Broker ☐ Participating Broker ☐ Buyer's Attorney ☐ Title Company ☐ Other _____ , on or before _____ (date) (if left blank, then within five (5) business days after the fully signed Contract has been delivered to both Buyer and the Seller).

**(B) ADDITIONAL DEPOSIT** to be paid by Buyer to the party who will be responsible for holding the escrow who is identified below on or before ____4 / 24 / 18____ (date) (if left blank, then within ten (10) calendar days after the fully signed Contract has been delivered to both the Buyer and the Seller).

**(C) ESCROW:** All initial and additional deposit monies paid by Buyer shall be held in escrow in the **NON-INTEREST BEARING TRUST ACCOUNT** of _____**Weichert Realtors**_____ , ("Escrowee"), until the Closing, at which time all **monies shall be paid over to Seller.** The deposit monies shall not be paid over to Seller prior to the Closing, unless otherwise agreed in writing by both Buyer and Seller. If Buyer and Seller cannot agree on the disbursement of these escrow monies, the Escrowee may place the deposit monies in Court requesting the Court to resolve the dispute.

**(D) IF PERFORMANCE BY BUYER IS CONTINGENT UPON OBTAINING A MORTGAGE:**
If payment of the purchase price requires a mortgage loan other than by Seller or other than assumption of Seller's mortgage, Buyer shall apply for the loan through any lending institution of Buyer's choice in writing on lender's standard form within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract, and use best efforts to obtain it. Buyer shall supply all necessary information and fees required by the proposed lender and shall authorize the lender to communicate with the real estate brokers(s) and involved attorney(s). Buyer shall obtain a written commitment from the lending institution to make a loan on the property under the following terms:

Principal Amount $ ____270,630.00____ Type of Mortgage: ☐ VA ☒ FHA ☐ Conventional ☐ Other _____

Term of Mortgage: ____30____ years, with monthly payments based on a ____30____ year payment schedule.

The written mortgage commitment must be delivered to Seller's agent, who is the Listing Broker identified in Section 30, and Seller's attorney, if applicable, no later than _____**June 4, 2018**_____ (date)(if left blank, then within thirty (30) calendar days after the attorney-review period is completed, or if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within thirty (30) calendar days after the parties agree to the terms of this Contract). Thereafter, if Buyer has not obtained the commitment, then either Buyer or Seller may void this Contract by written notice to the other party and Broker(s) within ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later. If this Contract is voided, the deposit monies paid by Buyer shall be returned to Buyer notwithstanding any other provision in this Contract, provided, however, if Seller alleges in writing to Escrowee within said ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later, that the failure to obtain the mortgage commitment is the result of Buyer's bad faith, negligence, intentional conduct or failure to diligently pursue the mortgage application, then Escrowee shall not return the deposit monies to Buyer without the written authorization of Seller.

**(E) BALANCE OF PURCHASE PRICE:** The balance of the purchase price shall be paid by Buyer in cash, or by certified, cashier's check or trust account check.

Payment of the balance of the purchase price by Buyer shall be made at the closing, which will take place on _____**June 18, 2018**_____ _____ (date) at the office of Buyer's closing agent or such other place as Seller and Buyer may agree ("the Closing").

**4.  SUFFICIENT ASSETS:**
Buyer represents that Buyer has or will have as of the Closing, all necessary cash assets, together with the mortgage loan proceeds, to complete the Closing. Should Buyer not have sufficient cash assets at the Closing, Buyer will be in breach of this Contract and Seller shall be entitled to any remedies as provided by law.

**5.  ACCURATE DISCLOSURE OF SELLING PRICE:**
Buyer and Seller certify that this Contract accurately reflects the gross sale price as indicated in Section 2 of this Contract. Buyer and Seller understand and agree that this information shall be disclosed to the Internal Revenue Service and other governmental agencies as required by law.

**6.  ITEMS INCLUDED IN SALE:**
The Property includes all fixtures permanently attached to the building(s), and all shrubbery, plantings and fencing, gas and electric fixtures, cooking ranges and ovens, hot water heaters, flooring, screens, storm sashes, shades, blinds, awnings, radiator covers, heating apparatus and sump pumps, if any, except where owned by tenants, are included in this sale. All of the appliances shall be in working

Buyer's Initials: _____

Seller's Initials: _____
Chevon and

order as of the Closing. Seller does not guarantee the condition of the appliances after the Deed and affidavit of title have been delivered to Buyer at the Closing. The following items are also specifically included (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):
**All light fixtures, window treatments, washer, dryer and all kitchen appliances.**

**7. ITEMS EXCLUDED FROM SALE: (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):**
**All personal belongings.**

**8. DATES AND TIMES FOR PERFORMANCE:**
Seller and Buyer agree that all dates and times included in this Contract are of the essence. This means that Seller and Buyer must satisfy the terms of this Contract within the time limits that are set in this Contract or will be in default, except as otherwise provided in this Contract or required by applicable law, including but not limited to if the Closing has to be delayed either because a lender does not timely provide documents through no fault of Buyer or Seller or for three (3) business days because of the change of terms as required by the Consumer Financial Protection Bureau.

**(A) Additional documents from lenders or other property owners:**
If a lender or other property owner requires that any addendum or other document be signed for a property it owns in connection with this Contract, "final execution date," "acknowledgement date," or similar language that sets the time period for the completion of any conditions or contingencies, including but not limited to inspections and financing, shall mean that the time will begin to run after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then from the date the parties agree to the terms of this Contract.

**9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE:**
Seller makes no representations concerning existing zoning ordinances, except that Seller's use of the Property is not presently in violation of any zoning ordinances.

Some municipalities may require a Certificate of Occupancy or Housing Code Letter to be issued. If any is required for this Property, Seller shall obtain it at Seller's expense and provide to Buyer prior to Closing and shall be responsible to make and pay for any repairs required in order to obtain the Certificate or Letter. However, if this expense exceeds $ __250.00__ (if left blank, then 1.5% of the purchase price) to Seller, then Seller may terminate this Contract and refund to Buyer all deposit monies plus Buyer's reasonable expenses, if any, in connection with this transaction unless Buyer elects to make repairs in excess of said amount at Buyer's expense, in which event Seller shall not have the right to terminate this Contract. In addition, Seller shall comply with all New Jersey laws, and local ordinances, including but not limited to smoke detectors, carbon monoxide detectors, fire extinguishers and indoor sprinklers, the cost of which shall be paid by Seller and not be considered as a repair cost.

**10. MUNICIPAL ASSESSMENTS:** (Seller represents that Seller ☐ has ☒ has not been notified of any such municipal assessments as explained in this Section.)

Title shall be free and clear of all assessments for municipal improvements, including but not limited to municipal liens, as well as assessments and liabilities for future assessments for improvements constructed and completed. All confirmed assessments and all unconfirmed assessments that have been or may be imposed by the municipality for improvements that have been completed as of the Closing are to be paid in full by Seller or credited to Buyer at the Closing. A confirmed assessment is a lien against the Property. An unconfirmed assessment is a potential lien that, when approved by the appropriate governmental entity, will become a legal claim against the Property.

**11. QUALITY AND INSURABILITY OF TITLE:**
At the Closing, Seller shall deliver a duly executed Bargain and Sale Deed with Covenant as to Grantor's Acts or other Deed satisfactory to Buyer. Title to the Property will be free from all claims or rights of others, except as described in this Section and Section 12, of this Contract. The Deed shall contain the full legal description of the Property.

This sale will be subject to utility and other easements and restrictions of record, if any, and such state of facts as an accurate survey might disclose, provided such easement or restriction does not unreasonably limit the use of the Property. Generally, an easement is a right of a person other than the owner of property to use a portion of the property for a special purpose. A restriction is a recorded limitation on the manner in which a property owner may use the property. Buyer does not have to complete the purchase, however, if any easement, restriction or facts disclosed by an accurate survey would substantially interfere with the use of the Property for residential purposes. A violation of any restriction shall not be a reason for Buyer refusing to complete the Closing as long as the title company insures Buyer against loss at regular rates. The sale also will be made subject to applicable zoning ordinances, provided that the ordinances do not render title unmarketable.

Buyer's Initials: _____

Seller's Initials: _____

175 Title to the Property shall be good, marketable and insurable, at regular rates, by any title insurance company licensed to do business
176 in New Jersey, subject only to the claims and rights described in this section and Section 12. Buyer agrees to order a title insurance
177 commitment (title search) and survey, if required by Buyer's lender, title company or the municipality where the Property is located,
178 and to furnish copies to Seller. If Seller's title contains any exceptions other than as set forth in this section, Buyer shall notify Seller
179 and Seller shall have thirty (30) calendar days within which to eliminate those exceptions. Seller represents, to the best of Seller's
180 knowledge, that there are no restrictions in any conveyance or plans of record that will prohibit use and/or occupancy of the Property
181 as a _____ **Single** _____ family residential dwelling. Seller represents that all buildings and other improvements on the Property are
182 within its boundary lines and that no improvements on adjoining properties extend across boundary lines of the Property.

183

184 If Seller is unable to transfer the quality of title required and Buyer and Seller are unable to agree upon a reduction of the purchase
185 price, Buyer shall have the option to either void this Contract, in which case the monies paid by Buyer toward the purchase price shall
186 be returned to Buyer, together with the actual costs of the title search and the survey and the mortgage application fees in preparing for
187 the Closing without further liability to Seller, or to proceed with the Closing without any reduction of the purchase price.

188

189 **12. POSSESSION, OCCUPANCY AND TENANCIES:**
190 **(A) Possession and Occupancy.**
191 Possession and occupancy will be given to Buyer at the Closing. Buyer shall be entitled to possession of the Property, and any rents or
192 profits from the Property, immediately upon the delivery of the Deed and the Closing. Seller shall pay off any person with a claim or right
193 affecting the Property from the proceeds of this sale at or before the Closing.

194

195 **(B) Tenancies.** ☐ **Applicable** ☒ **Not Applicable**
196 Occupancy will be subject to the tenancies listed below as of Closing. Seller represents that the tenancies are not in violation of any
197 existing Municipal, County, State or Federal rules, regulations or laws. Seller agrees to transfer all security deposits to Buyer at the Closing
198 and to provide to Brokers and Buyer a copy of all leases concerning the tenancies, if any, along with this Contract when it is signed by
199 Seller. Seller represents that such leases can be assigned and that Seller will assign said leases, and Buyer agrees to accept title subject to
200 these leases.

201

202 **TENANT'S NAME**          **LOCATION**               **RENT**      **SECURITY DEPOSIT**      **TERM**

203
204 _____
205 _____
206 _____

207

208 **13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD: (This section is applicable only to all dwellings**
209 **built prior to 1978.)** ☒ **Applicable** ☐ **Not Applicable**
210 **(A) Document Acknowledgement.**
211 Buyer acknowledges receipt of the EPA pamphlet entitled "Protect Your Family From Lead In Your Home." Moreover, a copy of a
212 document entitled "Disclosure of Information and Acknowledgement Lead-Based Paint and Lead-Based Paint Hazards" has been fully
213 completed and signed by Buyer, Seller and Broker(s) and is appended to" and made a part of this Contract.

214

215 **(B) Lead Warning Statement.**
216 Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such
217 property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead
218 poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient,
219 behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest
220 in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or
221 inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for
222 possible lead-based paint hazards is recommended prior to purchase.

223

224 **(C) Inspection.**
225 The law requires that, unless Buyer and Seller agree to a longer or shorter period, Seller must allow Buyer a ten (10) day period
226 within which to complete an inspection and/or risk assessment of the Property as set forth in the next paragraph. Buyer, however, has the
227 right to waive this requirement in its entirety.

228

229 This Contract is contingent upon an inspection and/or risk assessment (the "Inspection") of the Property by a certified inspector/risk
230 assessor for the presence of lead-based paint and/or lead-based paint hazards. The Inspection shall be ordered and obtained by Buyer at
231 Buyer's expense within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an
232 attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) days after the parties agree to
233 the terms in this Contract ("Completion Date"). If the Inspection indicates that no lead-based paint or lead-based paint hazard is present
234 at the Property, this contingency clause shall be deemed null and void. If the Inspection indicates that lead-based paint or lead-based paint
235 hazard is present at the Property, this contingency clause will terminate at the time set forth above unless, within five (5) business days from
236 the Completion Date, Buyer delivers a copy of the inspection and/or risk assessment report to Seller and Brokers and (1) advises Seller
237 and Brokers, in writing that Buyer is voiding this Contract; or (2) delivers to Seller and Brokers a written amendment (the "Amendment")

Buyer's
Initials: _____

Seller's
Initials: _____
Chevon and

238    to this Contract listing the specific existing deficiencies and corrections required by Buyer. The Amendment shall provide that Seller
239    agrees to (a) correct the deficiencies; and (b) furnish Buyer with a certification from a certified inspector/risk assessor that the deficiencies
240    have been corrected, before the Closing. Seller shall have _____ (if left blank, then 3) business days after receipt of the Amendment
241    to sign and return it to Buyer or send a written counter-proposal to Buyer. If Seller does not sign and return the Amendment or fails to
242    offer a counter-proposal, this Contract shall be null and void. If Seller offers a counter-proposal, Buyer shall have _____ (if left
243    blank, then 3) business days after receipt of the counter-proposal to accept it. If Buyer fails to accept the counter-proposal within the time
244    limit provided, this Contract shall be null and void.

245

246    **14. POINT-OF-ENTRY TREATMENT ("POET") SYSTEMS:** ☐ Applicable ☒ Not Applicable
247    A point-of-entry treatment ("POET") system is a type of water treatment system used to remove contaminants from the water entering a
248    structure from a potable well, usually through a filtration process. Seller represents that a POET system has been installed to an existing
249    well on the Property and the POET system was installed and/or maintained using funds received from the New Jersey Spill Compensation
250    Fund Claims Program, N.J.S.A. 58:10-23.11, et seq. The Buyer understands that Buyer will not be eligible to receive any such funds for the
251    continued maintenance of the POET system. Pursuant to N.J.A.C. 7:1J-2.5(c), Seller agrees to notify the Department of Environmental
252    Protection within thirty (30) calendar days of executing this Contract that the Property is to be sold.

253

254    **15. CESSPOOL REQUIREMENTS:** ☐ Applicable ☒ Not Applicable
255    **(This section is applicable if the Property has a cesspool, except in certain limited circumstances set forth in N.J.A.C.**
256    **7:9A-3.16.)** Pursuant to New Jersey's Standards for Individual Subsurface Sewage Disposal Systems, N.J.A.C. 7:9A (the "Standards"), if
257    this Contract is for the sale of real property at which any cesspool, privy, outhouse, latrine or pit toilet (collectively "Cesspool") is located,
258    the Cesspool must be abandoned and replaced with an individual subsurface sewage disposal system at or before the time of the real
259    property transfer, except in limited circumstances.

260

261    **(A)** Seller represents to Buyer that ☐ no Cesspool is located at or on the Property, or ☐ one or more Cesspools are located at or on the
262    Property. **[If there are one or more Cesspools, then also check EITHER Box 1 or 2 below.]**

263

264    1. ☐ Seller agrees that, prior to the Closing and at its sole cost and expense, Seller shall abandon and replace any and all Cesspools
265    located at or on the Property and replace such Cesspools with an individual subsurface sewage disposal system ("System") meeting all
266    the requirements of the Standards. At or prior to the Closing, Seller shall deliver to Buyer a certificate of compliance ("Certificate of
267    Compliance") issued by the administrative authority ("Administrative Authority") (as those terms are defined in N.J.A.C. 7:9A-2.1) with
268    respect to the System. Notwithstanding the foregoing, if the Administrative Authority determines that a fully compliant system cannot
269    be installed at the Property, then Seller shall notify Buyer in writing within three (3) business days of its receipt of the Administrative
270    Authority's determination of its intent to install either a nonconforming System or a permanent holding tank, as determined by the
271    Administrative Authority ( "Alternate System"), and Buyer shall then have the right to void this Contract by notifying Seller in writing
272    within seven (7) business days of receipt of the notice from Seller. If Buyer fails to timely void this Contract, Buyer shall have waived its
273    right to cancel this Contract under this paragraph, and Seller shall install the Alternate System and, at or prior to the Closing, deliver
274    to Buyer such Certificate of Compliance or other evidence of approval of the Alternate System as may be issued by the Administrative
275    Authority. The delivery of said Certificate of Compliance or other evidence of approval shall be a condition precedent to the Closing; or

276

277    2. ☐ Buyer agrees that, at its sole cost and expense, Buyer shall take all actions necessary to abandon and replace any and all Cesspools
278    located at or on the Property and replace such Cesspools with a System meeting all the requirements of the Standards or an Alternate
279    System. Buyer shall indemnify and hold Seller harmless for any and all costs, damages, claims, fines, penalties and assessments (including
280    but not limited to reasonable attorneys' and experts' fees) arising from Buyer's violation of this paragraph. This paragraph shall survive
281    the Closing.

282

283    **(B)** If prior to the Closing, either Buyer or Seller becomes aware of any Cesspool at or on the Property that was not disclosed by Seller
284    at or prior to execution of this Contract, the party with knowledge of the newly identified Cesspool shall promptly, but in no event later
285    than three (3) business days after receipt of such knowledge, advise the other party of the newly identified Cesspool in writing. In such
286    event, the parties in good faith shall agree, no later than seven (7) business days after sending or receiving the written notice of the newly
287    identified Cesspool, or the day preceding the scheduled Closing, whichever is sooner, to proceed pursuant to subsection (A) 1 or 2 above
288    or such other agreement as satisfies the Standards, or either party may terminate this Contract.

289

290    **16. INSPECTION CONTINGENCY CLAUSE:**
291    **(A) Responsibilities of Home Ownership.**
292    Buyer and Seller acknowledge and agree that, because the purchase of a home is one of the most significant investments a person can
293    make in a lifetime, all aspects of this transaction require considerable analysis and investigation by Buyer before closing title to the
294    Property. While Brokers and salespersons who are involved in this transaction are trained as licensees under the New Jersey Licensing Act
295    they readily acknowledge that they have had no special training or experience with respect to the complexities pertaining to the multitude
296    of structural, topographical and environmental components of this Property. For example, and not by way of limitation, Brokers and
297    salespersons have no special training, knowledge or experience with regard to discovering and/or evaluating physical defects, including

298  structural defects, roof, basement, mechanical equipment, such as heating, air conditioning, and electrical systems, sewage, plumbing,
299  exterior drainage, termite, and other types of insect infestation or damage caused by such infestation. Moreover, Brokers and salespersons
300  similarly have no special training, knowledge or experience with regard to evaluation of possible environmental conditions which might
301  affect the Property pertaining to the dwelling, such as the existence of radon gas, formaldehyde gas, airborne asbestos fibers, toxic
302  chemicals, underground storage tanks, lead, mold or other pollutants in the soil, air or water.

303
304  **(B) Radon Testing, Reports and Mitigation.**
305  **(Radon is a radioactive gas which results from the natural breakdown of uranium in soil, rock and water. It has been**
306  **found in homes all over the United States and is a carcinogen. For more information on radon, go to www.epa.gov/**
307  **radon/pubs/citguide.html and www.nj.gov/dep/rpp/radon or call the NJ Radon Hot Line at 800-648-0394 or 609-984- 5425.)**

308
309  If the Property has been tested for radon prior to the date of this Contract, Seller agrees to provide to Buyer, at the time of the execution
310  of this Contract, a copy of the result of the radon test(s) and evidence of any subsequent radon mitigation or treatment of the Property.
311  In any event, Buyer shall have the right to conduct a radon inspection/test as provided and subject to the conditions set forth in paragraph
312  (D) below. If any test results furnished or obtained by Buyer indicate a concentration level of 4 picocuries per liter (4.0 pCi/L) or more in
313  the subject dwelling, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of the
314  receipt of any such report. For the purposes of this Section 16, Seller and Buyer agree that, in the event a radon gas concentration level
315  in the subject dwelling is determined to be less than 4 picocuries per liter (4.0 pCi/L) without any remediation, such level of radon gas
316  concentration shall be deemed to be an acceptable level ("Acceptable Level") for the purposes of this Contract. Under those circumstances,
317  Seller shall be under no obligation to remediate, and this contingency clause as it relates to radon shall be deemed fully satisfied.

318
319  If Buyer's qualified inspector reports that the radon gas concentration level in the subject dwelling is four picocuries per liter (4.0 pCi/L)
320  or more, Seller shall have a seven (7) business day period after receipt of such report to notify Buyer in writing that Seller agrees to
321  remediate the gas concentration to an Acceptable Level (unless Buyer has voided this Contract as provided in the preceding paragraph).
322  Upon such remediation, the contingency in this Contract which relates to radon shall be deemed fully satisfied. If Seller fails to notify
323  Buyer of Seller's agreement to so remediate, such failure to so notify shall be deemed to be a refusal by Seller to remediate the radon level
324  to an Acceptable Level, and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) calendar
325  days thereafter. If Buyer fails to void this Contract within the seven (7) day period, Buyer shall have waived Buyer's right to cancel
326  this Contract and this Contract shall remain in full force and effect, and Seller shall be under no obligation to remediate the radon gas
327  concentration. If Seller agrees to remediate the radon to an Acceptable Level, such remediation and associated testing shall be completed
328  by Seller prior to the Closing.

329
330  **(C) Infestation and/or Damage By Wood Boring Insects.**
331  Buyer, shall have the right to have the Property inspected by a licensed exterminating company of Buyer's choice, for the purpose of
332  determining if the Property is free from infestation and damage from termites or other wood destroying insects. If Buyer chooses to make
333  this inspection, Buyer shall pay for the inspection unless Buyer's lender prohibits Buyer from paying, in which case Seller shall pay. The
334  inspection must be completed and written reports must be furnished to Seller and Broker(s) within _____ (if left blank, then 14) calendar
335  days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-
336  Review Clause Section of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this
337  Contract. This report shall state the nature and extent of any infestation and/or damage and the full cost of treatment for any infestation.
338  Seller agrees to treat any infestation and cure any damage at Seller's expense prior to Closing, provided however, if the cost to cure exceeds
339  1% of the purchase price of the Property, then either party may void this Contract provided they do so within _____ (if left blank, then 7)
340  business days after the report has been delivered to Seller and Brokers. If Buyer and Seller are unable to agree upon who will pay for the
341  cost to cure and neither party timely voids this Contract, then Buyer will be deemed to have waived its right to terminate this Contract
342  and will bear the cost to cure that is over 1% of the purchase price, with Seller bearing the cost that is under 1% of the purchase price.

343
344  **(D) Buyer's Right to Inspections.**
345  Buyer acknowledges that the Property is being sold in an "as is" condition and that this Contract is entered into based upon the knowledge
346  of Buyer as to the value of the land and whatever buildings are upon the Property, and not on any representation made by Seller, Brokers
347  or their agents as to character or quality of the Property. Therefore, Buyer, at Buyer's sole cost and expense, is granted the right to have
348  the dwelling and all other aspects of the Property, inspected and evaluated by "qualified inspectors" (as the term is defined in subsection
349  G below) for the purpose of determining the existence of any physical defects or environmental conditions such as outlined above. If
350  Buyer chooses to make inspections referred to in this paragraph, such inspections must be completed, and written reports including a list
351  of repairs Buyer is requesting must be furnished to Seller and Brokers within _____ (if left blank, then 14) calendar days after the attorney-
352  review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section
353  of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this Contract. If Buyer fails
354  to furnish such written reports to Seller and Brokers within the _____ (if left blank, then 14) calendar days specified in this paragraph,
355  this contingency clause shall be deemed waived by Buyer, and the Property shall be deemed acceptable by Buyer. The time period for
356  furnishing the inspection reports is referred to as the "Inspection Time Period." Seller shall have all utilities in service for inspections.

357

Buyer's
Initials: _____

Seller's
Initials: _____

Chevon and

**(E) Responsibility to Cure.**

If any physical defects or environmental conditions (other than radon or woodboring insects) are reported by the qualified inspectors to Seller within the Inspection Time Period, Seller shall then have seven (7) business days after the receipt of such reports to notify Buyer in writing that Seller shall correct or cure any of the defects set forth in such reports. If Seller fails to notify Buyer of Seller's agreement to so cure and correct, such failure to so notify shall be deemed to be a refusal by Seller to cure or correct such defects. If Seller fails to agree to cure or correct such defects within the seven (7) business day period, or if the environmental condition at the Property (other than radon) is incurable and is of such significance as to unreasonably endanger the health of Buyer, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force, and Seller shall be under no obligation to correct or cure any of the defects set forth in the inspections. If Seller agrees to correct or cure such defects, all such repair work shall be completed by Seller prior to the closing of title. Radon at the Property shall be governed by the provisions of Paragraph (B), above.

**(F) Flood Hazard Area (if applicable).**

The federal and state governments have designated certain areas as flood areas. If the Property is located in a flood area, the use of the Property may be limited. If Buyer's inquiry reveals that the Property is in a flood area, Buyer may cancel this Contract within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract. If the mortgage lender requires flood insurance, then Buyer shall be responsible for obtaining such insurance on the Property. For a flood policy to be in effect immediately, there must be a loan closing. There is a (30) calendar day wait for flood policies to be in effect for cash transactions. Therefore, cash buyers are advised to make application and make advance payment for a flood policy at least thirty (30) calendar days in advance of closing if they want coverage to be in effect upon transfer of title.

Buyer's mortgage lender may require Buyer to purchase flood insurance in connection with Buyer's purchase of this Property. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing and, in some cases, will rise by a substantial amount over the premiums previously charged for flood insurance for the Property. As a result, Buyer should not rely on the premiums paid for flood insurance on this Property previously as an indication of the premiums that will apply after Buyer completes the purchase. In considering Buyer's purchase of this Property, Buyer is therefore urged to consult with one or more carriers of flood insurance for a better understanding of flood insurance coverage, the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may increase in the future.

**(G) Qualifications of Inspectors.**

Where the term "qualified inspectors" is used in this Contract, it is intended to refer to persons or businesses that are licensed or certified by the State of New Jersey for such purpose.

**17. MEGAN'S LAW STATEMENT:**

Under New Jersey law, the county prosecutor determines whether and how to provide notice of the presence of convicted sex offenders in an area. In their professional capacity, real estate licensees are not entitled to notification by the county prosecutor under Megan's Law and are unable to obtain such information for you. Upon closing, the county prosecutor may be contacted for such further information as may be disclosable to you.

**18. MEGAN'S LAW REGISTRY:**

Buyer is notified that New Jersey law establishes an Internet Registry of Sex Offenders that may be accessed at www.njsp.org. Neither Seller or any real estate broker or salesperson make any representation as to the accuracy of the registry.

**19. NOTIFICATION REGARDING OFF-SITE CONDITIONS: (Applicable to all resale transactions.)**

Pursuant to the New Residential Construction Off-Site Conditions Disclosure Act, N.J.S.A. 46:3C-1, et. seq, the clerks of municipalities in New Jersey maintains lists of off-site conditions which may affect the value of residential properties in the vicinity of the off-site condition. Buyers may examine the lists and are encouraged to independently investigate the area surrounding this property in order to become familiar with any off-site conditions which may affect the value of the property. In cases where a property is located near the border of a municipality, buyers may wish to also examine the list maintained by the neighboring municipality.

**20. AIR SAFETY AND ZONING NOTICE:**

Any person who sells or transfers a property that is in an airport safety zone as set forth in the New Jersey Air Safety and Zoning Act of 1983, N.J.S.A. 6:1-80, et seq., and appearing on a municipal map used for tax purposes as well as Seller's agent, shall provide notice to a prospective buyer that the property is located in an airport safety zone prior to the signing of the contract of sale. The Air Safety and Zoning Act also requires that each municipality in an airport safety zone enact an ordinance or ordinances incorporating the standards promulgated under the Act and providing for their enforcement within the delineated areas in the municipality. Buyer acknowledges

Buyer's Initials: _____    Seller's Initials: _____

Chevon and

418  receipt of the following list of airports and the municipalities that may be affected by them and that Buyer has the responsibility to
419  contact the municipal clerk of any affected municipality concerning any ordinance that may affect the Property.
420

| Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|
| Alexandria Tp. | Alexandria & Sky Manor | Manalapan Tp. (Monmouth Cty.) | Old Bridge |
| Andover Tp. | Aeroflex-Andover & Newton | Mansfield Tp. | Hackettstown |
| Bedminister Tp. | Somerset | Manville Bor. | Central Jersey Regional |
| Berkeley Tp. | Ocean County | Medford Tp. | Flying W |
| Berlin Bor. | Camden County | Middle Tp. | Cape May County |
| Blairstown Tp. | Blairstown | Millville | Millville Municipal |
| Branchburg Tp. | Somerset | Monroe Tp. (Gloucester Cty.) | Cross Keys & Southern Cross |
| Buena Bor. (Atlantic Cty.) | Vineland-Downtown | Monroe Tp. (Middlesex Cty.) | Old Bridge |
| Dennis Tp. | Woodbine Municipal | Montgomery Tp. | Princeton |
| Eagleswood Tp. | Eagles Nest | Ocean City | Ocean City |
| Ewing Tp. | Trenton-Mercer County | Old Bridge Tp. | Old Bridge |
| E. Hanover Tp. | Morristown Municipal | Oldsman Tp. | Oldmans |
| Florham Park Bor. | Morristown Municipal | Pemberton Tp. | Pemberton |
| Franklin Tp. (Gloucester Cty.) | Southern Cross & Vineland Downtown | Pequannock Tp. | Lincoln Park |
| Franklin Tp. (Hunterdon Cty.) | Sky Manor | Readington Tp. | Solberg-Hunterdon |
| Franklin Tp. (Somerset Cty.) | Central Jersey Regional | Rocky Hill Boro. | Princeton |
| Green Tp. | Trinca | Southampton Tp. | Red Lion |
| Hammonton Bor. | Hammonton Municipal | Springfield Tp. | Red Wing |
| Hanover Tp. | Morristown Municipal | Upper Deerfield Tp. | Bucks |
| Hillsborough Tp. | Central Jersey Regional | Vineland City | Kroelinger & Vineland Downtown |
| Hopewell Tp. (Mercer Cty.) | Trenton-Mercer County | Wall Tp. | Monmouth Executive |
| Howell Tp. | Monmouth Executive | Wantage Tp. | Sussex |
| Lacey Tp. | Ocean County | Robbinsville | Trenton-Robbinsville |
| Lakewood Tp. | Lakewood | West Milford Tp. | Greenwood Lake |
| Lincoln Park Bor. | Lincoln Park | Winslow Tp. | Camden County |
| Lower Tp. | Cape May County | Woodbine Bor. | Woodbine Municipal |
| Lumberton Tp. | Flying W & South Jersey Regional | | |

450  The following airports are not subject to the Airport Safety and Zoning Act because they are subject to federal regulation or within the
451  jurisdiction of the Port of Authority of New York and New Jersey and therefore are not regulated by New Jersey: Essex County Airport,
452  Linden Airport, Newark Liberty Airport, Teterboro Airport, Little Ferry Seaplane Base, Atlantic City International Airport, and
453  Maguire Airforce Base and NAEC Lakehurst.
454

455  **21. BULK SALES:**
456  The New Jersey Bulk Sales Law, N.J.S.A. 54:50-38, (the "Law") applies to the sale of certain residential property. Under the Law,
457  Buyer may be liable for taxes owed by Seller if the Law applies and Buyer does not deliver to the Director of the New Jersey Division
458  of Taxation (the "Division") a copy of this Contract and a notice on a form required by the Division (the "Tax Form") at least ten
459  (10) business days prior to the Closing. If Buyer decides to deliver the Tax Form to the Division, Seller shall cooperate with Buyer by
460  promptly providing Buyer with any information that Buyer needs to complete and deliver the Tax Form in a timely manner. Buyer
461  promptly shall deliver to Seller a copy of any notice that Buyer receives from the Division in response to the Tax Form.
462

463  The Law does not apply to the sale of a simple dwelling house, or the sale or lease of a seasonal rental property, if Seller is an
464  individual, estate or trust, or any combination thereof, owning the simple dwelling house or seasonal rental property as joint tenants, tenants in
465  common or tenancy by the entirety. A simple dwelling house is a one or two family residential building, or a cooperative or condominium unit
466  used as a residential dwelling, none of which has any commercial property. A seasonal rental property is a time share, or a dwelling
467  unit that is rented for residential purposes for a term of not more than 125 consecutive days, by an owner that has a permanent residence
468  elsewhere.
469

470  If, prior to the Closing, the Division notifies Buyer to withhold an amount (the "Tax Amount") from the purchase price proceeds for
471  possible unpaid tax liabilities of Seller, Buyer's attorney or Buyer's title insurance company (the "Escrow Agent") shall withhold the Tax
472  Amount from the closing proceeds and place that amount in escrow (the "Tax Escrow"). If the Tax Amount exceeds the amount of
473  available closing proceeds, Seller shall bring the deficiency to the Closing and the deficiency shall be added to the Tax Escrow. If the
474  Division directs the Escrow Agent or Buyer to remit funds from the Tax Escrow to the Division or some other entity, the Escrow Agent
475  or Buyer shall do so. The Escrow Agent or Buyer shall only release the Tax Escrow, or the remaining balance thereof, to Seller (or as
476  otherwise directed by the Division) upon receipt of written notice from the Division that it can be released, and that no liability will be
477  asserted under the Law against Buyer.
478

New Jersey Realtors® Form 118-Statewide 1/18  Page 9 of 13

Buyer's
Initials:

Seller's
Initials:
Chevon and

**22. NOTICE TO BUYER CONCERNING INSURANCE:**

Buyer should obtain appropriate casualty and liability insurance for the Property. Buyer's mortgage lender will require that such insurance be in place at Closing. Occasionally, there are issues and delays in obtaining insurance. Be advised that a "binder" is only a temporary commitment to provide insurance coverage and is not an insurance policy. Buyer is therefore urged to contact a licensed insurance agent or broker to assist Buyer in satisfying Buyer's insurance requirements.

**23. MAINTENANCE AND CONDITION OF PROPERTY:**

Seller agrees to maintain the grounds, buildings and improvements, in good condition, subject to ordinary wear and tear. The premises shall be in "broom clean" condition and free of debris as of the Closing. Seller represents that all electrical, plumbing, heating and air conditioning systems (if applicable), together with all fixtures included within the terms of the Contract now work and shall be in proper working order at the Closing. Seller further states, that to the best of Seller's knowledge, there are currently no leaks or seepage in the roof, walls or basement. Seller does not guarantee the continuing condition of the premises as set forth in this Section after the Closing.

**24. RISK OF LOSS:**

The risk of loss or damage to the Property by fire or otherwise, except ordinary wear and tear, is the responsibility of Seller until the Closing.

**25. INITIAL AND FINAL WALK-THROUGHS:**

In addition to the inspections set forth elsewhere in this Contract, Seller agrees to permit Buyer or Buyer's duly authorized representative to conduct an initial and a final walk-through inspection of the interior and exterior of the Property at any reasonable time before the Closing. Seller shall have all utilities in service for the inspections.

**26. ADJUSTMENTS AT CLOSING:**

Seller shall pay for the preparation of the Deed, realty transfer fee, lien discharge fees, if any, and one-half of the title company charges for disbursements and attendance allowed by the Commissioner of Insurance; but all searches, title insurance premium and other conveyancing expenses are to be paid for by Buyer.

Seller and Buyer shall make prorated adjustments at Closing for items which have been paid by Seller or are due from Seller, such as real estate taxes, water and sewer charges that could be claims against the Property, rental and security deposits, association and condominium dues, and fuel in Seller's tank. Adjustments of fuel shall be based upon physical inventory and pricing by Seller's supplier. Such determination shall be conclusive.

If Buyer is assuming Seller's mortgage loan, Buyer shall credit Seller for all monies, such as real estate taxes and insurance premiums paid in advance or on deposit with Seller's mortgage lender. Buyer shall receive a credit for monies, which Seller owes to Seller's Mortgage lender, such as current interest or a deficit in the mortgage escrow account.

If the Property is used or enjoyed by not more than four families and the purchase price exceeds $1,000,000, then pursuant to N.J.S.A. 46:15-7.2, Buyer will be solely responsible for payment of the fee due for the transfer of the Property, which is the so-called "Mansion Tax, in the amount of one (1%) percent of the purchase price.

Unless an exemption applies, non-resident individuals, estates, or trusts that sell or transfer real property in New Jersey are required to make an estimated gross income tax payment to the State of New Jersey on the gain from a transfer/sale of real property (the so-called "Exit Tax,") as a condition of the recording of the deed.

If Seller is a foreign person (an individual, corporation or entity that is a non-US resident) under the Foreign Investment in Real Property Tax Act of 1980, as amended ("FIRPTA"), then with a few exceptions, a portion of the proceeds of sale may need to be withheld from Seller and paid to the Internal Revenue Service as an advance payment against Seller's tax liability.

Seller agrees that, if applicable, Seller will (a) be solely responsible for payment of any state or federal income tax withholding amount(s) required by law to be paid by Seller (which Buyer may deduct from the purchase price and pay at the Closing); and (b) execute and deliver to Buyer at the Closing any and all forms, affidavits or certifications required under state and federal law to be filed in connection with the amount(s) withheld.

There shall be no adjustment on any Homestead Rebate due or to become due.

**27. FAILURE OF BUYER OR SELLER TO CLOSE:**

If Seller fails to close title to the Property in accordance with this Contract, Buyer then may commence any legal or equitable action to which Buyer may be entitled. If Buyer fails to close title in accordance with this Contract, Seller then may commence an action for damages it has suffered, and, in such case, the deposit monies paid on account of the purchase price shall be applied against such damages. If Buyer or Seller breach this Contract, the breaching party will nevertheless be liable to Brokers for the commissions in the

Buyer's
Initials: _____

Seller's
Initials: _____
Chevon and

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

539    amount set forth in this Contract, as well as reasonable attorneys' fees, costs and such other damages as are determined by the Court.
540

541    **28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT:**
542    By signing below, Seller and Buyer acknowledge they received the Consumer Information Statement on New Jersey Real Estate
543    Relationships from the Brokers prior to the first showing of the Property.
544

545    **29. DECLARATION OF BROKER(S)'S BUSINESS RELATIONSHIP(S):**
546    (A) _____**Coldwell Banker Preferred**_____, (name of firm) and its authorized
547    representative (s)  **Jaime Antrim**
548    _____
549                                                        **(name(s) of licensee(s))**
550

551    **ARE OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
552    ☐  **SELLER'S AGENT**        ☒  **BUYER'S AGENT**        ☐  **DISCLOSED DUAL AGENT**        ☐  **TRANSACTION BROKER.**
553

554    **(B) (If more than one firm is participating, provide the following.) INFORMATION SUPPLIED BY  Weichert Realtors**
555    _____**(name of other firm) HAS INDICATED THAT IT IS**
556    **OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
557    ☒  **SELLER'S AGENT**        ☐  **BUYER'S AGENT**        ☐  **TRANSACTION BROKER.**
558

559    **30. BROKERS' INFORMATION AND COMMISSION:**
560    The commission, in accord with the previously executed listing agreement, shall be due and payable at the Closing and payment by Buyer
561    of the purchase consideration for the Property. Seller hereby authorizes and instructs whomever is the disbursing agent to pay the full
562    commission as set forth below to the below-mentioned Brokerage Firm(s) out of the proceeds of sale prior to the payment of any such
563    funds to Seller. Buyer consents to the disbursing agent making said disbursements. The commission shall be paid upon the purchase price
564    set forth in Section 2 and shall include any amounts allocated to, among other things, furniture and fixtures.
565

566    **Weichert Realtors**                                  **8400380**
567    **Listing Firm**                                          REC License ID
568

569    **Patricia Abraldes**                                  **0449710**
570    **Listing Agent**                                        REC License ID
571    **1909 Route 70, Suite 1, Cherry Hill, NJ  08003**
572    Address
573    **(856)424-2074**
574    Office Telephone                          Fax                                        Agent Cell Phone
575                                                          (Per Listing Agreement)
576    **patriciaabraldes@gmail.com**
577    E-mail                                          **Commission due Listing Firm**
578    **Coldwell Banker Preferred**                  **1109897**
579    **Participating Firm**                                  REC License ID
580

581    **Jaime  Antrim**                                      **1433444**
582    **Participating Agent**                                REC License ID
583    **20 Kings Hwy W, Haddonfield, NJ  08033**
584    Address
585    **(856)685-5600**                          **(856)438-1511**
586    Office Telephone                          Fax                                        Agent Cell Phone
587

588    **jcantrim@gmail.com**                          **per the mls listing**
589    E-mail                                          **Commission due Participating Firm**
590

591    **31. EQUITABLE LIEN:**
592    Under New Jersey law, brokers who bring the parties together in a real estate transaction are entitled to an equitable lien in the amount
593    of their commission. This lien attaches to the property being sold from when the contract of sale is signed until the closing and then to
594    the funds due to seller at closing, and is not contingent upon the notice provided in this Section. As a result of this lien, the party who
595    disburses the funds at the Closing in this transaction should not release any portion of the commission to any party other than Broker(s)
596    and, if there is a dispute with regard to the commission to be paid, should hold the disputed amount in escrow until the dispute with
597    Broker(s) is resolved and written authorization to release the funds is provided by Broker(s).
598

New Jersey Realtors® Form 118-Statewide 1/18  Page 11 of 13                    Buyer's
                                                                             Initials:                        Seller's
                                                                                                              Initials:
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com                    Chevon and

**32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE:** ☐ Applicable ☒ Not Applicable

A real estate licensee in New Jersey who has an interest as a buyer or seller of real property is required to disclose in the sales contract that the person is a licensee. _____ therefore discloses that he/she is licensed in New Jersey as a real estate ☐ broker ☐ broker-salesperson ☐ salesperson ☐ referral agent.

**33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS:**

Buyer and Seller agree that Broker(s) involved in this transaction will be provided with the Closing Disclosure documents and any amendments to those documents in the same time and manner as the Consumer Financial Protection Bureau requires that those documents be provided to Buyer and Seller. In addition, Buyer and Seller agree that, if one or both of them hire an attorney who disapproves this Contract as provided in the Attorney-Review Clause Section, then the attorney(s) will notify the Broker(s) in writing when either this Contract is finalized or the parties decide not to proceed with the transaction.

**34. PROFESSIONAL REFERRALS:**

Seller and Buyer may request the names of attorneys, inspectors, engineers, tradespeople or other professionals from their Brokers involved in the transaction. Any names provided by Broker(s) shall not be deemed to be a recommendation or testimony of competency of the person or persons referred. Seller and Buyer shall assume full responsibility for their selection(s) and hold Brokers and/or salespersons harmless for any claim or actions resulting from the work or duties performed by these professionals.

**35. ATTORNEY-REVIEW CLAUSE:**

**(1) Study by Attorney**

Buyer or Seller may choose to have an attorney study this Contract. If an attorney is consulted, the attorney must complete his or her review of the Contract within a three-day period. This Contract will be legally binding at the end of this three-day period unless an attorney for Buyer or Seller reviews and disapproves of the Contract.

**(2) Counting the Time**

You count the three days from the date of delivery of the signed Contract to Buyer and Seller. You do not count Saturdays, Sundays or legal holidays. Buyer and Seller may agree in writing to extend the three-day period for attorney review.

**(3) Notice of Disapproval**

If an attorney for the Buyer or Seller reviews and disapproves of this Contract, the attorney must notify the Broker(s) and the other party named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by fax, email, personal delivery, or overnight mail with proof of delivery. Notice by overnight mail will be effective upon mailing. The personal delivery will be effective upon delivery to the Broker's office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in the Contract that would make it satisfactory.

**36. NOTICES:**

All notices shall be by certified mail, fax, email, recognized overnight courier or electronic document (except for notices under the Attorney-Review Clause Section) or by delivering it personally. The certified letter, e-mail, reputable overnight carrier, fax or electronic document will be effective upon sending. Notices to Seller and Buyer shall be addressed to the addresses in Section 1, unless otherwise specified in writing by the respective party.

**37. NO ASSIGNMENT:**

This Contract shall not be assigned without the written consent of Seller. This means that Buyer may not transfer to anyone else Buyer's rights under this Contract to purchase the Property.

**38. ELECTRONIC SIGNATURES AND DOCUMENTS:**

Buyer and Seller agree that the New Jersey Uniform Electronic Transaction Act, N.J.S.A. 12A:12-1 to 26, applies to this transaction, including but not limited to the parties and their representatives having the right to use electronic signatures and electronic documents that are created, generated, sent, communicated, received or stored in connection with this transaction. Since Section 11 of the Act provides that acknowledging an electronic signature is not necessary for the signature of such a person where all other information required to be included is attached to or logically associated with the signature or record, such electronic signatures, including but not limited to an electronic signature of one of the parties to this Contract, do not have to be witnessed.

**39. CORPORATE RESOLUTIONS:**

If Buyer or Seller is a corporate or other entity, the person signing below on behalf of the entity represents that all required corporate resolutions have been duly approved and the person has the authority to sign on behalf of the entity.

**40. ENTIRE AGREEMENT;PARTIES LIABLE:**

This Contract contains the entire agreement of the parties. No representations have been made by any of the parties, the Broker(s) or its

New Jersey Realtors® Form 118-Statewide 1/18  Page 12 of 13

Buyer's Initials: _____

Seller's Initials: _____

Chevon and

659  salespersons, except as set forth in this Contract. This Contract is binding upon all parties who sign it and all who succeed to their rights
660  and responsibilities and only may be amended by an agreement in writing signed by Buyer and Seller.
661

**41. APPLICABLE LAWS:**
663  This Contract shall be governed by and construed in accordance with the laws of the State of New Jersey and any lawsuit relating to
664  this Contract or the underlying transaction shall be venued in the State of New Jersey.
665

**42. ADDENDA:**
667  The following additional terms are included in the attached addenda or riders and incorporated into this Contract (check if applicable):

| | |
|---|---|
| ☐ Buyer's Property Sale Contingency | ☐ Private Well Testing |
| ☐ Condominium/Homeowner's Associations | ☐ Properties With Three (3) or More Units |
| ☒ FHA/VA Loans | ☐ Seller Concession |
| ☒ Lead Based Paint Disclosure (Pre-1978) | ☐ Short Sale |
| ☐ New Construction | ☐ Underground Fuel Tank(s) |
| ☐ Private Sewage Disposal (Other than Cesspool) | |

**43. ADDITIONAL CONTRACTUAL PROVISIONS:**

677  **Property is being sold in "as is" condition. All inspections are for informational purposes only. No repairs will be completed by the Seller.**

679  **If the inspection report reveals repairs needed in excess of $5000 (not including cosmetic), the buyer's have the right to cancel the contract**
680  **and have their deposit refunded.**

682  **Buyers are responsible for obtaining the Certificate of Occupancy.**

**WITNESS:**

_____    _Chevon Matthews_____    04/19/2018 1:07:15
                                    BUYER  **Chevon Matthews**           Date

_____    _michl mm_____         04/19/2018 17:20:18
                                    BUYER  **Michael Matthews**          Date

_____    _____    _____
                                    BUYER                                Date

_Patricia Olualdes_____    _Steven Devincent_____    _4/22/___
                                    SELLER **Steven Devincent**          Date

_____    _____    _____
                                    SELLER **Sandra Devincent**          Date

_____    _____    _____
                                    SELLER                               Date

_____    _____    _____
                                    SELLER                               Date

Buyer's
Initials: _C_ _M_

Seller's
Initials: _____

Chevon and



WHERE APPLICABLE, MUST BE ATTACHED TO EACH COPY
OF CONTRACT OF SALE OR LEASE

### Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards

**Lead Warning Statement**

Every purchaser (or tenant) of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller (or landlord) of any interest in residential real property is required to provide the buyer (or tenant) with any information on lead-based paint hazards from risk assessments or inspections in the seller's (landlord's) possession and notify the buyer (or tenant) of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

16 Palmetto Avenue, Marlton, NJ 08053
**Property Address**

**Seller's (Landlord's) Disclosure** (initial) (Complete and Sign at the time of Listing)
  (a) Presence of lead-based paint and/or lead-based paint hazards (check one below):
  ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

  ☑ Seller (Landlord) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

  (b) Records and reports available to the seller (or landlord) (check one below):
  ☐ Seller (or landlord) has provided to its listing agent, and has directed the listing agent to provide the purchaser (or tenant) or purchaser's (Tenant's) agent with the following records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing prior to seller accepting any offer to purchase (list documents below).

  ☑ Seller (or landlord) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

  (c) If there is any change in the above information prior to seller (or landlord) accepting an agreement from the purchaser (or tenant), seller (or landlord) will disclose all changes to the purchaser (or tenant) prior to accepting the offer or lease.

**Purchaser's (Tenant's) Acknowledgment** (initial)
MM CM  (d) Purchaser (or tenant) has read the Lead Warning Statement and understands its contents;
MM CM  (e) Purchaser (or tenant) has received copies of all information listed above;
MM CM  (f) Purchaser (or tenant) has received the pamphlet "Protect Your Family from Lead in Your Home"; and
MM CM  (g) Purchaser has (check one below):

  ☒ Received a 10-day opportunity (or mutually agreed upon different period) before becoming obligated under the contract to purchase the housing to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or
  ☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Purchaser's (Tenant's) Certification of Accuracy**
The Purchaser's (Tenant's) have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| *Chevon Matthews*  04/19/2018 01:07 AM GMT | | | |
| Purchaser (Tenant)  04/19/2018 05:20 PM GMT  Date | | Purchaser (Tenant)  Date |
| Purchaser (Tenant)  Date | | Purchaser (Tenant)  Date |

**Purchaser's (Tenant's) Agent's Certification of Accuracy**
Purchaser's (Tenant's) Agent certifies that the purchaser (Tenant's) have received the above information

4/18/19

Purchaser (Tenant's) Agent                                                                                      Date

© Copyright 2012 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev. 09/16

T288

**Seller's Certification of Accuracy**
The Sellers have reviewed the information on previous page and certify, to the best of their knowledge, that the information they have provided is true and accurate.

_____  _10/17/17_   _____
Seller (Landlord)  Steven DeVincent         Date      Seller (Landlord)                    Date

_____            _____
Seller (Landlord)  Sandra DeVincent         Date      Seller (Landlord)                    Date

**Listing Agent Certification of Accuracy**

Agent has informed the seller (or landlord) of the seller's (or landlord's) obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

_____  _10/17/17_
Listing (Landlord) Agent   Patricia Abraides                                      Date

© Copyright 2012 Weichert Co.  All rights reserved.  Any form of reproduction or distribution is strictly prohibited.
Rev. 09/16

T288

# "AS-IS" Addendum to Agreement of Sale

This ADDENDUM to be attached to and become part thereof of the Contract for Sale dated the __19th__ day of __April__ ,

BETWEEN __Steven and Sandra DeVincent__ , the Seller(s)

and __Chevon and Michael Matthews__ , the Buyers(s)

of the premises known as all that certain parcel of ground together with the improvements thereon, situated in the Municipality of

__Evesham__ , County of __Burlington__ , State of New Jersey known as Block __00013 39__

and Lot __00017__ more commonly known as __16 Palmetto Ave   Marlton, NJ 08053__ .

IT IS UNDERSTOOD AND AGREED BY ALL PARTIES THAT THE FOLLOWING WILL BE **ADDED** TO THE EXISTING CONTRACT FOR SALE, AS STATED ABOVE. ALL OTHER TERMS, CONDITIONS AND COVENANTS OF SAID CONTRACT FOR SALE REMAIN UNCHANGED AND IN FULL EFFECT AND FORCE.

It is understood and agreed that the property is being purchased in "as-is" condition with all of its faults.

The Seller, Seller's Agent(s), their employees, salespeople, officers and/or partners make no representations, warranties or guarantees of any kind whatsoever, including, but not limited to: habitability; legality of use; zoning; or condition with regard to the property. SELLER WILL NOT MAKE OR CAUSE TO BE MADE ANY REPAIRS OR IMPROVEMENTS TO THE PROPERTY.

Buyer understands and agrees that the property may have defects and may need repair work. Buyer assumes all responsibility for making any repairs and /or improvements as may be required by a lending institution, governmental agency or any other entity in order to affect the sale of the property. Buyer agrees to indemnify and hold harmless the Seller, Seller's Agent(s), their employees, salespeople, officers and/or partners from any damages which may be sustained by Buyer or any other party. Furthermore, Seller is neither responsible for nor obligated to provide or perform any certifications or inspections.

In the event any provision of this Addendum conflicts in whole or in part with the terms contained in the main body of the Agreement or any addendum or rider attached thereto, the provisions of this Addendum shall control and the conflicting terms in the Agreement are hereby considered deleted and expressly waived by both Buyer and Seller.

**ATTORNEY REVIEW**
<u>Study by Attorney:</u>
The Buyer(s) or Seller(s) may choose to have an attorney study this contract. If an attorney is consulted, the attorney must complete his/her review of the Contract within a three-day period. This Contract will be legally binding at the end of this three-day period unless an attorney for the Buyer(s) or Seller(s) reviews and disapproves of this Contract.
<u>Counting the Time:</u>
You count the three days from the date of delivery of the signed Contract to the Buyer(s) and Seller(s). You do not count Saturday, Sunday or Legal Holidays. The Buyer(s) and the Seller(s) may agree, in writing, to extend the three-day period for attorney review.
<u>Notice of Disapproval:</u>
If an attorney for the Buyer(s) or Seller(s) reviews and disapproves of this Contract, the attorney must notify the REALTOR(S)® and the other party(ies) named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send notice of disapproval to the REALTOR(S)® by certified mail, by telegram or by delivering it personally. The telegram or certified letter will be effective upon sending. The personal delivery will be effective upon delivery to the REALTOR(S)® office. The attorney may also, but need not, inform the REALTOR(S)® office. The attorney may also, but need not, inform the REALTOR(S)® of any suggested revision(s) in the Contract that would make it satisfactory.

| _Patricia Alvaldes_ 4/22/18 | | _[signature]_ 4/2 |
|---|---|---|
| Witness                Date | | Seller   **Steven DeVincent**              Date |
| Witness                Date | | Seller   **Sandra DeVincent**              Date |
| Witness                Date | | Buyer   **Chevon Matthews**              Date |
| Witness                Date | | Buyer   **Michael Matthews**              Date |

© Copyright 2015 Weichert South Jersey, Inc. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
02/2015



**NEW JERSEY REALTORS®**
**ADDENDUM REGARDING FHA/VA LOANS**

©2016 NEW JERSEY REALTORS®, INC.

This Addendum is attached to and made a part of the New Jersey Realtors® Standard Form of Real Estate Sales Contract, Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.

If Buyer is applying for a VA guaranteed mortgage loan or an FHA insured mortgage loan, then the FHA/VA form of Amendatory Clause and Certifications is attached, except that, if Buyer's lender requires a different form, then Buyer and Seller agree to execute and deliver that form.

**WITNESS:**

_____    *Chevon Matthews*        04/19/2018 1:07:38
                           BUYER  **Chevon Matthews**          Date

_____    _mich ___ ___              04/19/2018 17:20:45
                           BUYER  **Michael Matthews**         Date

_____    _____
                           BUYER                            Date

_____    _____
                           BUYER                            Date

*Patricia Shrelder*        _____          *½*
                           SELLER **Steven  Devincent**       Date

_____    _____
                           SELLER **Sandra  Devincent**       Date

_____    _____
                           SELLER                            Date

_____    _____
                           SELLER                            Date

New Jersey Realtors® Addendum Regarding FHA/VA Loans 8/16 Page 1 of 1




# FHA/VA Amendatory Clause and Certifications

**Date:** April 18, 2018

**Purchaser(s) Name(s):** Chevon Matthews, Michael Matthews

**Property Address:** 16 Palmetto Avenue, Marlton, NJ 08053

IT IS EXPRESSLY AGREED THAT, NOTWITHSTANDING ANY OTHER PROVISIONS OF THIS CONTRACT, THE PURCHASER SHALL NOT BE OBLIGATED TO COMPLETE THE PURCHASE OF THE PROPERTY DESCRIBED HEREIN OR TO INCUR ANY PENALTY BY FORFEITURE OF EARNEST MONEY DEPOSITS OR OTHERWISE UNLESS THE PURCHASER HAS BEEN GIVEN IN ACCORDANCE WITH HUD/FHA OR VA REQUIREMENTS A WRITTEN STATEMENT ISSUED BY THE FEDERAL HOUSING COMMISSIONER, DEPARTMENT OF VETERANS AFFAIRS, OR A DIRECT ENDORSEMENT LENDER, SETTING FORTH THE APPRAISED VALUE OF THE PROPERTY OF NOT LESS THAN $ 279,000.00                                           . THE PURCHASER SHALL HAVE THE PRIVILEGE AND OPTION OF PROCEEDING WITH CONSUMMATION OF THE CONTRACT WITHOUT REGARD TO THE AMOUNT OF THE APPRAISED VALUATION. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAXIMUM MORTGAGE THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHOULD SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

**Certification of Borrower, Seller, Agent:**

We, the undersigned seller(s), borrowers(s) and real estate agent(s)/broker(s) involved in this loan transaction do certify that the terms of the sales contract are true to the best of our knowledge and belief. All agreements entered into by any of the following parties are fully disclosed and attached to the sales contract.

| | | | |
|---|---|---|---|
| *Chevon Matthews*  04/19/2018 1:07:38 **04/18/2018** | | *[signature]* | 4/22/1 |
| Purchaser                                    Date | | Seller                                    Date | |
| **Chevon Matthews** | | **Steven Devincent** | |
| *[signature]*  04/19/2018 17:20:45 **04/18/2018** | | | |
| Purchaser                                    Date | | Seller                                    Date | |
| **Michael Matthews** | | **Sandra Devincent** | |
| | | *Patricia Abraldes*  4/22/18 | |
| Real Estate Agent/Broker               Date | | Real Estate Agent/Broker               Date | |
| **Jaime Antrim** | | **Patricia Abraldes** | |

**Warning:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010. This form is required by HUD Handbook 4155.1 Rev-4 paragraph 1-22 for Sales Agreements intended to be financed by an FHA-Insured Mortgage and by VA Lender's Handbook Section 36.4303(j) for Sales Agreements intended to be financed by a VA-guaranteed Mortgage.


www.weichert.com

# SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

1
2 **PROPERTY ADDRESS:** 16 Palmetto Avenue, Marlton, NJ 08053

3 **SELLER(S):** Steven DeVincent, Sandra DeVincent
4

5     The purpose of this Disclosure Statement is to disclose, to the best of Seller's knowledge, the condition of the Property, as
6 of the date set forth below. The Seller is aware that he or she is under an obligation to disclose any known material defects
7 in the Property even if not addressed in this printed form. Seller alone is the source of all information contained in this
8 form. All prospective buyers of the Property are cautioned to carefully inspect the Property and to carefully inspect the
9 surrounding area for any off-site conditions that may adversely affect the Property. Moreover, this Disclosure Statement is
10 not intended to be a substitute for prospective buyer's hiring of qualified experts to inspect the Property.

11     If your property consists of multiple units, systems and/or features, please provide complete answers on all such units,
12 systems and/or features even if the phrased in the singular, such as if a duplex has multiple furnaces, water heaters, and
13 fireplaces.

14 **OCCUPANCY**
15  YES  NO  UNKNOWN
16        [ ]     1.  Age of House, if known _45_
17  [ ]  [√]      2.  Does the Seller currently occupy this property?
18               If not, how long has it been since Seller occupied the property? _10/17_
19             3.  What year did the seller buy the property? _2007_
20  [ ]  [ ]      3a.  Do you have in your possession the original or a copy of the deed evidencing your
21               ownership of the property? If "yes", please attach a copy to this form.

22 **ROOF**
23  YES  NO  UNKNOWN
24        [ ]     4.  Age of roof: _APPROX. 13/14 YEARS_
25  [ ]  [√]      5.  Has roof been replaced or repaired since seller bought the property?
26  [ ]  [√]      6.  Are you aware of any roof leaks?
27              7.  Explain any "yes" answers you give in this section: _____
28

29 **ATTIC, BASEMENTS, AND CRAWL SPACES** (Complete only if applicable)
30  YES  NO
31  [ ]  [√]  8.  Does the property have one or more sump pumps?
32  [ ]  [√]  8a.  Are there any problems with the operation of any sump pump?
33  [ ]  [√]  9.  Are you aware of any water leakage, accumulation, or dampness within the
34             basement or crawl spaces or any other areas within any of the structures on the
35             property?
36  [ ]  [√]  9a.  Are you aware of the presence of any mold or similar natural substance within the
37             basement or crawl spaces or any other areas within any of the structures on the
38             property?
39  [ ]  [√]  10.  Are you aware of any repairs or other attempts to control any water or dampness
40             problem in the basement or crawl space? If "yes," describe the location, nature,
41             and date of the repairs: _____
42
43  [ ]  [√]  11.  Are you aware of any cracks or bulges in the basement floor or foundation walls?
44             If "yes," specify location. _____
45  [ ]  [√]  12.  Are you aware of any restrictions on how the attic may be used as a result of the
46             manner in which the attic or roof was constructed?
47  [ ]  [√]  13.  Is the attic or house ventilated by: [ ] a whole house fan? [ ] an attic fan?
48  [ ]  [√]  13a.  Are you aware of any problems with the operation of such fan?
49  [ ]  [√]  14.  In what manner is access to the attic space provided?
50             [ ]staircase  [ ]pull-down stairs  [ ]crawl space with aid of ladder or other device
51             [ ]other: _____

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev 8/2016              FOR USE IN NEW JERSEY ONLY              T292 Page 1 of 8


www.weichert.com

**SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT**

| 52 | | 15. | Explain any "yes" answers that you give in this section: |
| 53 | | | |
| 54 | | | |

**TERMITES/WOOD DESTROYING INSECTS, DRY ROT, PESTS**

YES    NO

16. Are you aware of any termite/wood destroying insects, dry rot, or pests affecting the property?

17. Are you aware of any damage to the property caused by termites/wood destroying insects, dry rot, or pests?

18. If "yes," has work been performed to repair the damage?

19. Is your property under contract by a licensed pest control company? If "yes," state the name and address of the licensed pest control company: *SAFEGUARD PEST CONTROL + FLY TREATMENT MAINTENANCE*

20. Are you aware of any termite/pest control inspections or treatments performed on the property in the past?

21. Explain any "yes" answers that you give in this section: *SAFEGUARD TOOK CARE OF PROBLEM*

**STRUCTURAL ITEMS**

YES    NO

22. Are you aware of any movement, shifting, or other problems with walls, floors, or foundations, including any restrictions on how any space, other than the attic or roof, may be used as a result of the manner in which it was constructed?

23. Are you aware if the property or any of the structures on it have ever been damaged by fire, smoke, wind, or flood?

24. Are you aware of any fire retardant plywood used in the construction?

24a. Are you aware of the use of synthetic stucco or any other exterior insulation finish system ("EIFS") in the construction?

24b. Are you aware of any claim or litigation relating to the use of synthetic stucco or any other exterior insulation finish system ("EIFS") in the construction?

25. Are you aware of any current or past problems with driveways, walkways, patios, sinkholes, or retaining walls on the property?

26. Are you aware of any present or past efforts made to repair any problems with the items in this section?

27. Explain any "yes" answers that you give in this section. Please describe the location and nature of the problem: _____

**ADDITIONS/REMODELS**

YES    NO    UNKNOWN

28. Are you aware of any additions, structural changes, or other alterations to the structures on the property made by any present or past owners?

28a. Are you aware of any construction, alterations, or changes to the property not identified in question 28 made by any present or past owners?

29. Were the proper building permits and approvals obtained? Explain any "yes" answers you give in this section: _____

**PLUMBING, WATER AND SEWAGE**

YES    NO    UNKNOWN

30. What is the source of your drinking water?
[✓]Public    [ ]Community System    [ ]Well on Property
[ ]Other (explain): _____

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev 3/2016                    FOR USE IN NEW JERSEY ONLY                    T292 Page 2 of 8


www.weichert.com

## SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

104
105                              [ ]       30a.  If public, when was the property connected to a public water supply?
                                              _NEW_
106    [ ]   [ ]                 31.    If your drinking water source is not public, have you performed any tests on the
107                                            water? If so, when? _____

108    [ ]   [✓]   [ ]           32.    Does the waste water from any clothes washer, dishwasher, or other appliance
109                                            discharge to any location other than the sewer, septic, or other system that services
110                                            the rest of the property?
111                 [ ]          33.    When was the well installed? _____
112    [ ]   [✓]                 34.    Do you have a softener, filter, or other water purification system?
113                                            [ ]Leased  [ ]Owned
114                              35.    What is the type of sewage system?
115                                            [ ]Public Sewer   [ ]Private Sewer   [ ]Septic System   [ ]Cesspool
116                                            [ ]Other (explain): _____
117                 [ ]          35a.   If public sewer, when was the property connected to the public sewer system?
118
119    [ ]   [ ]                 36.    If you answered "septic system," have you ever had the system inspected to
120                                            confirm that it is a true septic system and not a cesspool?
121                 [ ]          37.    If Septic System, when was it installed? _____
122                                            Location? _____
123                 [ ]          38.    When was the Septic System or Cesspool last cleaned and/or serviced?
124
125    [ ]   [ ]                 39.    Are you aware of any abandoned Septic System or Cesspools on your property?
126    [ ]   [ ]   [ ]           39a.   If "yes," is the closure in accordance with the municipality's ordinance?
127                                            (explain): _____
128    [ ]   [✓]                 40.    Are you aware of any leaks, backups, or other problems relating to any of the
129                                            plumbing systems and fixtures (including pipes, sinks, tubs, and showers), or any
130                                            other water or sewage related problems? If "yes," explain: _FAUCET_
131                                     _LEAK WHEN ITEM IS PUSHED ALL_
132                                     _THE WAY BACK_
133    [ ]   [✓]   [ ]           40a.   Are you aware of any alterations, additions, modifications, repairs, extensions or
134                                            changes to the property's plumbing by any present or past owners? If "yes,"
135                                            explain: _____
136
137    [ ]   [ ]   [ ]           40b.   If the answer to 40a is "yes," were the proper building permits and approvals
138                                            obtained?
139    [ ]   [✓]                 41.    Are you aware of any shut off, disconnected, or abandoned wells, underground
140                                            water or sewage tanks or dry wells on the property?
141    [ ]   [✓]   [ ]           42.    Is either the private water or sewage system shared? If "yes,", explain: _____
142
143                              43.    Water Heater: [ ]Electric   [ ]Fuel Oil   [✓]Gas
144                                            Age of Water Heater: _____
145    [ ]   [✓]                 43a.   Are you aware of any problems with the water heater?
146                              44.    Explain any "yes" answers that you give in this section:
147
148                                     _POSSIBLE FLU ADJUSTMENT NEEDED_

149    **HEATING AND AIR CONDITIONING**
150    YES    NO   UNKNOWN
151                              45.    Type of Air Conditioning:
152                                            [✓]Central One Zone   [ ]Central Multiple Zone   [ ]Wall/Window Unit   [ ]None
153                              46.    List any areas of the house that are not air conditioned:
154
155                 [ ]          47.    What is the age of the Air Conditioning System? _APPROX 9 YEARS_
156                              48.    Type of heat: [ ]Electric   [ ]Fuel Oil   [✓]Natural Gas   [ ]Propane   [ ]Unheated
157                                            [ ]Other: _____

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev 8/2016                              FOR USE IN NEW JERSEY ONLY                       T292 Page 3 of 8


www.weichert.com

## SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

49. What is the type of Heating System? (for example: forced air, hot water or base board, radiator, steam heat): _FORCED_
50. If it is a centralized heating system, is it one zone or multiple zones? _1 ZONE_
51. Age of furnace: _APPROX 9 YRS_ Date of last service: _____
52. List any areas of the house that are not heated: _GARAGE_
53. Are you aware of any tanks on the property, either above or underground, used to store fuel or other substances? [ ] [√] [ ]
54. If tank is not in use, do you have a closure certificate? [ ] [√]
55. Are you aware of any problems with any items in this section? If "yes," explain: [ ] [√]

## WOODBURNING STOVE OR FIREPLACE
YES   NO   UNKNOWN

56. Do you have a   [ ]Wood Burning Stove   [ ]Insert   [ ]Other   [ ] [ ] [ ]
56a. Is it presently usable?   [ ] [ ] [ ]
57. If you have a fireplace, when was the flue last cleaned? _____   [ ] [ ] [√]
57a. Was the flue cleaned by a   [ ]Professional   [ ]Non-Professional   [ ]
58. Have you obtained any required permits for any such item?   [ ] [ ] [ ]
59. Are you aware of any problems with any of these items? If "yes," explain: [√] [ ]
_COUPLE OF FIREBOX IS RUSTED & IR_
_DAMPER IS IN NEED OF REPAIR._

## ELECTRICAL SYSTEM
YES   NO   UNKNOWN

60. What type of wiring is in this structure?   [ ]Copper   [√]Aluminum   [ ]
[ ]Other _____
61. What amp service does the property have?   [ ]60   [ ]100   [√]150   [ ]200   [ ]
[ ]Other _____
62. Does it have 240 volt service? Which are present?   [ ] [ ] [ ]
[√]Circuit Breakers   [ ]Fuses   [ ]Both
63. Are you aware of any additions to the original service? If (yes,) were the additions   [√] [ ]
done by a licensed electrician? Name and Address:
_SERVICE WAS UPGRADED TO 150 AMP_
_BY CHET'S ELECTRIC._
63a. Are you aware of any alterations, additions, modifications, extensions or changes to   [ ] [ ] [ ]
the property's electrical wiring by any present or past owners? If "yes," explain:
_See ABOVE #63_
63b. If the answer to 63 or 63a was "yes," were the proper building permits and   [ ] [√] [ ]
approvals obtained?
64. Are you aware of any wall switches, light fixtures or electrical outlets in need of   [√] [ ]
repair?
65. Explain any "yes" answers you give in this section: _GAPS MATCH WITH FIXTURE(S) WIRED AROUND THE_
_REAR LIGHT FIXTURE OFF THE GARAGE._

## LAND (SOILS, DRAINAGE, AND BOUNDARIES)
YES   NO   UNKNOWN

66. Are you aware of any fill or expansive soil on the property?   [ ] [√]
67. Are you aware of any past or present mining operations in the area in which the   [ ] [√]
property is located?
68. Is the property located in a flood hazard zone?   [ ] [√]
69. Are you aware of any drainage or flood problems affecting the property?   [ ] [√]

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.

**Weichert Realtors**
www.weichert.com

## SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 211 | [ ] | [ / ] | [ ] | 70. | Are there any areas on the property which are designated as protected wetlands? |
| 212 | [ ] | [ / ] | | 71. | Are you aware of any encroachments, utility easements, boundary line disputes, or |
| 213 | | | | | drainage or other easements affecting the property? |
| 214 | [ ] | [ / ] | | 72. | Are there any water retention basins on the property or adjacent properties? |
| 215 | [ ] | [ / ] | | 73. | Are you aware if any part of the property is being claimed by the State of New |
| 216 | | | | | Jersey as land presently or formerly covered by tidal water (Riparian Claim or |
| 217 | | | | | lease grant)? Explain: _____ |
| 218 | [ ] | [ / ] | | 74. | Are you aware of any shared or common areas (for example: driveways, bridges, |
| 219 | | | | | docks, walls, bulkheads, etc.) or maintenance agreements regarding the property? |
| 220 | | | | 75. | Explain any "yes" answers you give in this section: |
| 221 | | | | | _____ |
| 222 | | | | | _____ |
| 223 | [ / ] | [ ] | | 76. | Do you have a survey of the property? |

224 **ENVIRONMENTAL HAZARDS**
225    YES   NO   UNKNOWN

| | | | | |
|---|---|---|---|---|
| 226 | [ ] | [ / ] | 77. | Have you received any written notification from any public agency or private |
| 227 | | | | concern informing you that the property is adversely affected, or may be adversely |
| 228 | | | | affected, by a condition that exists on a property in the vicinity of this property? If |
| 229 | | | | "yes," attach a copy of any such notice currently in your possession. |
| 230 | [ ] | [ / ] | 77a. | Are you aware of any condition that exists on any property in the vicinity which |
| 231 | | | | adversely affects, or has been identified as possibly adversely affecting, the quality |
| 232 | | | | or safety of the air, soil, water, and/or physical structures present on this property? |
| 233 | | | | If "yes," explain: _____ |
| 234 | | | | _____ |
| 235 | [ ] | [ / ] | 78. | Are you aware of any underground storage tanks (UST) or toxic substances now or |
| 236 | | | | previously present on this property or adjacent property (structure or soil), such as |
| 237 | | | | polychlorinated biphenyl (PCB), solvents, hydraulic fluid, petro-chemicals, |
| 238 | | | | hazardous wastes, pesticides, chromium, thorium, lead or other hazardous |
| 239 | | | | substances in the soil? If "yes," explain: _____ |
| 240 | | | | _____ |
| 241 | [ ] | [ / ] | 79. | Are you aware if any underground storage tank has been tested? (Attach a copy of |
| 242 | | | | each test report or closure certificate if available). |
| 243 | [ ] | [ / ] [ ] | 80. | Are you aware if the property has been tested for the presence of any other toxic |
| 244 | | | | substances, such as lead-based paint, urea-formaldehyde foam insulation, asbestos- |
| 245 | | | | containing materials, or others? (Attach a copy of each test report if available). |
| 246 | | | 81. | If "yes" to any of the above, explain: _____ |
| 247 | | | | _____ |
| 248 | | | 81a. | If "yes" to any of the above, were any actions taken to correct the problem? |
| 249 | | | | Explain: _____ |
| 250 | [ ] | [ ] [ ] | 82. | Is the property in a designated Airport Safety Zone? |

251 **DEED RESTRICTIONS, SPECIAL DESIGNATIONS, HOMEOWNER'S ASSOCIATION, CONDOMINIUMS,**
252 **AND CO-OPS**
253    YES   NO   UNKNOWN

| | | | | |
|---|---|---|---|---|
| 254 | [ ] | [ / ] | 83. | Are you aware if the property is subject to any deed restrictions or other limitations |
| 255 | | | | on how it may be used due to its being situated within a designated historic district, |
| 256 | | | | or a protected area like the New Jersey Pinelands, or its being subject to similar |
| 257 | | | | legal authorities other than typical local zoning ordinances? |
| 258 | [ ] | [ / ] | 84. | Is the property part of a condominium or other common interest ownership plan? |
| 259 | [ ] | [ / ] | 84a. | If so, is the property subject to any covenants, conditions, or restrictions as a result |
| 260 | | | | of its being part of a condominium or other form of common interest ownership? |
| 261 | [ ] | [ / ] | 85. | As the owner of the property, are you required to belong to a condominium |
| 262 | | | | association or homeowner's association, or other similar organization as property |
| 263 | | | | owners? |

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev 8/2016                FOR USE IN NEW JERSEY ONLY                T292 Page 5 of 8


www.weichert.com

## SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

264
265

266  [ ]  [ ✓ ]  [ ]     85a.  If so, what is the Association's name and telephone number?
267

268  [ ]  [ ✓ ]          85b.  If so, are there any dues or assessments involved? If "yes," how much?
269

270  [ ]  [ ✓ ]          86.   Are you aware of any defect, damage, or problem with any common elements or
271                              common areas that materially affects the property?

272  [ ]  [ ✓ ]  [ ]     87.   Are you aware of any condition or claim which may result in an increase in
273                              assessments or fees?
274                       87a.  Other than those already disclosed herein, are you aware of any pending or
275                              considered assessment, dues or costs that may be imposed upon the current or
                                 future owner of the property? If "yes," explain: _____

276  [ ]  [ ✓ ]  [ ]     88.   Since you purchased the property, have there been any changes to the rules or
277                              by-laws of the Association that impacts the property?
278                       89.   Explain any "yes" answers you give in this section:
279
280                              _____

281  **MISCELLANEOUS**
282  YES    NO   UNKNOWN
283  [ ]  [ ✓ ]          90.   Are you aware of any existing or threatened legal action affecting the property or
284                              any condominium or homeowner's association to which you, as an owner, belong?

285  [ ]  [ ✓ ]          91.   Are you aware of any violations of Federal, State, or local laws or regulations
286                              relating to this property?

287  [ ]  [ ✓ ]          92.   Are you aware of any zoning violations, encroachments on properties, non-
288                              conforming uses, or set-back violations relating to this property? If so, please state
289                              whether the condition is pre-existing non-conformance to present day zoning or a
290                              violation to zoning and/or land use laws. _____
291

292  [ ]  [ ✓ ]  [ ]     93.   Are you aware of any public improvement, condominium or homeowner
293                              association assessments against the property that remains unpaid? Are you aware
294                              of any violations of zoning, housing, building, safety or fire ordinances that remain
295                              uncorrected?

296  [ ✓ ]  [ ]  [ ]     94.   Are there mortgages, encumbrances or liens on this property?
297  [ ]  [ ✓ ]          94a.  Are you aware of any reason, including a defect in title, that would prevent you
298                              from conveying clear title?

299  [ ]  [ ✓ ]          95.   Are you aware of any material defects to the property, dwelling, or fixtures which
300                              are not disclosed elsewhere on this form? (A defect is "material," if a reasonable
301                              person would attach importance to its existence non-existence in deciding whether
302                              or how to proceed in the transaction.) If "yes," explain: _____
303

304  [ ]  [ ✓ ]          96.   Other than water and sewer charges, utility and cable television fees, your local
305                              property taxes, any special assessments and any association dues or membership
306                              fees, are there any other fees that you pay on an ongoing basis with respect to this
307                              property, such as garbage collection fees?
308                       97.   Explain any other "yes" answers you give in this section:
309
310                              _____

311  **RADON GAS** – Instruction to Owners
312          By law (N.J.S.A. 26:2D-73), a property owner who has had his or her property tested or treated for radon gas may
313  require that information about such testing and treatment be kept confidential until the time that the owner and a buyer enter
314  into a contract of sale, at which time a copy of the test results and evidence of any subsequent mitigation or treatment shall be
315  provided to the buyer. The law also provides that owners may waive, in writing, this right of confidentiality. As the
316  owner(s) of this property, do you wish to waiver this right?
317  [ ✓ ]YES  [ ]NO          _SJV___ (Initials)          _____ (Initials)

© Copyright 2016 Weichert Co. All rights reserved.  Any form of reproduction or distribution is strictly prohibited.
Rev 8/2016                              FOR USE IN NEW JERSEY ONLY                              T292  Page 6 of 8



www.weichert.com

**SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT**

318  If you responded "yes," answer the following questions.  If you responded "no," proceed to the next section.

319  YES    NO
320  [ ]   [ ]      98.   Are you aware if the property has been tested for radon gas?  (Attach a copy of
321                        each test report if available.)
322  [ ]   [ ]      99.   Are you aware if the property has been treated in an effort to mitigate the presence
323                        of radon gas?  (If "yes," attach a copy of any evidence of such mitigation or
324                        treatment.)
325  [ ]   [ ]      100.  Is radon remediation equipment now present in the property?
326  [ ]   [ ]      100a. If "yes," is such equipment in good working order?

327  **MAJOR APPLIANCES AND OTHER ITEMS**
328            The terms of any final contract executed by the seller shall be controlling as to what appliances or other items, if
329  any, shall be included in the sale of the property.  Which of the following items are present in the property?  (For items that
330  are not present, indicate "not applicable.")

331  YES   NO   UNKNOWN  N/A
332  [ ]   [ ]           [ ]   101.  Electric Garage Door Opener
333  [ ]   [ ]           [ ]   101a. If "yes," are they reversible? Number of Transmitters: _____
334  [ ]   [ ]    [ ]    [ ]   102.  Smoke Detectors
335                                  [ ]Battery   [ ]Electric   [ ]Both    How Many: _____
336                                  [ ]Carbon Monoxide Detectors    How Many: _____
337                            Location: _____
338  [ ]   [ ]           [ ]   103.  With regard to the above items, are you aware that any item is not in working
339                                  order?
340                            103a. If "yes," identify each item that is not in working order or defective and explain the
341                                  nature of the problem: _____
342                                  _____
343  [ ]   [ ]           [ ]   104.  [ ]In-ground Pool   [ ]Above-ground Pool   [ ]Pool Heater   [ ]Spa/Hot Tub
344  [ ]   [ ]    [ ]    [ ]   104a. Were proper permits and approvals obtained?
345  [ ]   [ ]           [ ]   104b. Are you aware of any leaks or other defects with the filter or the walls or other
346                                  structural or mechanical components of the pool or spa/hot tub?
347  [ ]   [ ]           [ ]   104c. If an in-ground pool, are you aware of any water seeping behind the walls of the
348                                  pool?
349                            105.  Indicate which of the following may be included in the sale?
350                                  (Indicate Y for yes, N for no.)
351                                  [ ] Central Vacuum System
352                                  [ ] Dishwasher
353                                  [ ] Dryer
354                                  [ ] Garbage Disposal
355                                  [ ] In-Ground Sprinkler System
356                                  [ ] Intercom
357                                  [ ] Microwave Oven
358                                  [ ] Range
359                                  [ ] Refrigerator
360                                  [ ] Security System
361                                  [ ] Trash Compactor
362                                  [ ] Washer
363                                  [ ] Other: _____
364  [ ]   [ ]           106.  Of those that may be included, is each in working order?  If "no," identify each
365                            item not in working order and explain the nature of the problem: _____
366                            GARBAGE DISPOSAL WORKS - JUST
367                            HAS DAMAGED RUBBER ON TOP
368                            AT SINK OPENING
369                            _____

© Copyright 2016 Weichert Co. All rights reserved.  Any form of reproduction or distribution is strictly prohibited.



## SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT
www.weichert.com

370 **ACKNOWLEDGEMENT OF SELLER**
371      The undersigned Seller affirms that the information set forth in this Disclosure Statement is accurate and complete to the best of the Seller's
372 knowledge, but is not a warranty as to the condition of the Property. Seller hereby authorizes the real estate brokerage firm representing or assisting the
373 seller to provide this Disclosure Statement to all prospective buyers of the Property, and to other real estate agents. Seller alone is the source of all
374 information contained in this statement. If the Seller relied upon any credible representations of another, the Seller should state the name(s) of the person(s)
375 who made the representation(s) and describe the information that was relied upon.
376
377

378 _____ _____       _____ _____
379 SELLER  Steven DeVincent            DATE              SELLER  Sandra DeVincent             DATE
380
381 _____ _____       _____ _____
     SELLER                    DATE                     SELLER                      DATE

382 **EXECUTOR, ADMINISTRATOR, TRUSTEE**
383 (If applicable) The undersigned has never occupied the property and lacks the personal knowledge necessary to complete this Disclosure Statement.
384
385 _____ _____       _____ _____
                                DATE                                                 DATE

386 **RECEIPT AND ACKNOWLEDGEMENT BY PROSPECTIVE BUYER**
387      The undersigned Prospective Buyer acknowledges receipt of this Disclosure Statement prior to signing a Contract of Sale pertaining to this
388 Property. Prospective Buyer acknowledges that this Disclosure Statement is not a warranty by Seller and that it is the Prospective Buyer's responsibility to
389 satisfy himself or herself as to the condition of the Property. Prospective Buyer acknowledges that the Property may be inspected by qualified professionals,
390 at Prospective Buyer's expense, to determine the actual condition of the Property. Prospective Buyer further acknowledges that this form is intended to
391 provide information relating to the condition of the land, structures, major systems and amenities, if any, included in the sale. This form does not address
392 local conditions which may affect a purchaser's use and enjoyment of the property such as noise, odors, traffic volume, etc. Prospective Buyer
393 acknowledges that they may independently investigate such local conditions before entering into a binding contract to purchase the property. Prospective
394 Buyer acknowledges that he or she understands that the visual inspection performed by the Seller's real estate broker/broker-salesperson/salesperson does
395 not constitute a professional home inspection as performed by a licensed home inspector.
                                                05:20 PM GMT
396 _____ _____       _____ _____
397 PROSPECTIVE BUYER    04/19/2018    DATE              PROSPECTIVE BUYER                DATE
                          01:07 AM GMT
398 Chevon Matthews
399 PROSPECTIVE BUYER              DATE                  PROSPECTIVE BUYER                DATE

400 **ACKNOWLEDGEMENT OF REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**
401      The undersigned Seller's real estate broker/broker-salesperson/salesperson acknowledges receipt of the Property Disclosure Statement form and
402 that the information contained in the form was provided by the Seller.
403      The Seller's real estate broker/broker-salesperson/salesperson also confirms that he or she visually inspected the property with reasonable
404 diligence to ascertain the accuracy of the information disclosed by the seller, prior to providing a copy of the property disclosure statement to the buyer.
405      The Prospective Buyer's real estate broker/broker-salesperson/salesperson also acknowledges receipt of the Property Disclosure Statement form
406 for the purpose of providing it to the Prospective Buyer.

407 _Patricia Abraldes_ 2/28/18                          _____ 4-18-18
408 SELLER'S REAL ESTATE BROKER/BROKER-      DATE        PROSPECTIVE BUYER'S REAL ESTATE       DATE
409 SALESPERSON/SALESPERSON                              BROKER/BROKER-SALESPERSON/SALESPERSON
     Patricia Abraldes

410 **ACKNOWLEDGEMENT OF THE MANAGER OF WEICHERT, REALTORS® OR**
411 **BROKER/BROKER-SALESPERSON/SALESPERSON**
412      The undersigned Sales Manager of the Weichert, Realtors® broker(s) or agent(s) representing the seller in this transaction has
413 reviewed the Seller's Property Condition Disclosure Statement. The undersigned Sales Manager has not inspected the property nor does the Sales Manager
414 make any independent representation about the condition of the property herein.

415
416 _____ _____
     WEICHERT, REALTORS® SALES MANAGER          DATE

© Copyright 2016 Weichert Co. All rights reserved. Any form of reproduction or distribution is strictly prohibited.
Rev 8/2016                     FOR USE IN NEW JERSEY ONLY                              T292 Page 8 of 8