UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sandra M. DeVincent

Case No.: 18-17157-JNP
Chapter: 7
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED PRIVATE SALE

Sandra M. Devincent, debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on June 5, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, Camden, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Palmetto Avenue, Marlton, NJ 08054

Proposed Purchaser: Chevon Matthews and Michael Matthews

Sale price: $279,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Weichert Realtors
Amount to be paid: 6% of Sale Price
Services rendered: Listing and Selling Broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Travis J. Richards, Esq.

Address: 141 High Street, Mount Holly, NJ 08060

Telephone No.: (609)267-1301

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-17157-JNP
Sandra M. Devincent                                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1                Date Rcvd: May 04, 2018
                              Form ID: pdf905            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              #Sandra M. Devincent,    16 Palmetto Ave,    Marlton, NJ 08053-1821
517447732       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
517447733        Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
517447734        Car Sense,    1971 Route 541,    Mount Holly, NJ 08060-3822
517447735        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517447738        Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517447739        Santander Bank NA,    PO Box 12646,    Reading, PA 19612-2646
517447740        Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2018 23:05:41     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2018 23:05:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517447731       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 04 2018 23:05:55
                 Bayview Financial Loan,   4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
517447736        E-mail/Text: mrdiscen@discover.com May 04 2018 23:05:20     Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
517447737       +E-mail/Text: bnckohlsnotices@becket-lee.com May 04 2018 23:05:23     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517447741        E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 23:06:57     Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
517451150       +E-mail/PDF: gecsedi@recoverycorp.com May 04 2018 23:06:47     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517447742        E-mail/Text: bankruptcy@td.com May 04 2018 23:05:43     Td Bank N.A.,   PO Box 219,
                 Lewiston, ME 04243-0219
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Debtor Sandra M. Devincent richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4