UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Travis J. Richards, Esq.  (TR-2556)**
**Weishoff & Richards, LLC**
**141 High Street**
**Mount Holly, New Jersey 08060**
**(609) 267-1301**

| In Re:<br><br>Sandra M. DeVincent | Case No.: 18-17157-JNP<br><br>Chapter: 7<br><br>Hearing Date:<br><br>Judge: JNP |
|---|---|

### CERTIFICATION IN SUPPORT OF APPLICATION TO HIRE PROFESSIONAL

I, Patricia Abraldes, certify as follows:

1. I am a recognized representative of Weichert Realty, a real estate broker of the State of New Jersey. Weichert Realty is the Selling Agency regarding the sale of debtor's real property located at 16 Palmetto Ave, Marlton, NJ 08054

2. I am not connected with the debtor or creditors in this action, and pursuant to Bankruptcy Code Section 327(a), I do not hold or represent any interest adverse to the estate, and I am a disinterred person as defined by 11 U.S.C. 101(14) with regard to the estate.  I know of no reason why I should not be employed as a real estate agent for the debtor in the within matter to assist in the sale of debtor's real estate.

3. As the Selling Agency, Weichert Realty respectfully requests a fee of one-half (1/2) of the 5% brokerage fee of the sales price of the property.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated:                              */s./ Patricia Abraldes*
                                         Patricia Abraldes