Case 18-17157-JNP    Doc 18    Filed 05/14/18    Entered 05/14/18 08:32:29    Desc Main
Document          Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Travis J. Richards, Esq.  (TR-2556)**
**Weishoff & Richards, LLC**
**141 High Street**
**Mount Holly, New Jersey 08060**
**(609) 267-1301**

| In Re: | Case No.: | 18-17157-JNP |
|---|---|---|
| Sandra M. DeVincent | Chapter: | 7 |
| | Hearing Date: | |
| | Judge: | JNP |

## CERTIFICATION IN SUPPORT OF APPLICATION TO HIRE PROFESSIONAL

Michael S. Rothmel, Esq., certifies as follows:

1.  I am an attorney barred to practice law in the State of New Jersey and represent the debtor in the sale of 16 Pametto Ave, Marlton, NJ and 4 Benchly Way, Mt. Laurel, NJ.

2.  I am not connected with the debtor or creditors in this action, and pursuant to Bankruptcy Code Section 327(a), I do not hold or represent any interest adverse to the estate, and I am a disinterred person as defined by 11 U.S.C. 101(14) with regard to the estate.  I know of no reason why I should not be employed as a real estate attorney for the debtor in the within matter to assist in the sale of debtor's real estate.

3.  As the attorney for the sale of real property I respectfully request a flat fee of $1,000.00 per sale.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated:                              */s./ Michael S. Rothmel*
                                    Michael S. Rothmel,  Esq.