UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Travis J. Richards, Esq. (TR-2556)
Weishoff & Richards, LLC
141 High Street
Mount Holly, New Jersey 08060
(609) 267-1301

**Order Filed on May 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Sandra M. DeVincent

| | |
|---|---|
| Case No.: | _18-17157-JNP_ |
| Chapter: | 7 |
| Judge: | JNP |

## ORDER AUTHORIZING RETENTION OF

_____ Michael S. Rothmel _____

The relief set forth on the following page is **ORDERED**.

**DATED: May 18, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Michael S. Rothmel_____

as _____Attorney_____, it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

      The professional's address is:   <u>33 Grant Street</u>

                                          <u>Mt. Holly, NJ 08060</u>

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17157-JNP
Sandra M. Devincent                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: May 18, 2018
                             Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db             #Sandra M. Devincent,    16 Palmetto Ave,    Marlton, NJ  08053-1821
aty            +Michael S. Rothmel,    Mohanty & Rothmel,    33 Grant Street,    Mount Holly, NJ 08060-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Andrew Sklar   andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Rebecca Ann Solarz   on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Travis J. Richards   on behalf of Debtor Sandra M. Devincent richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4