| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Lynn T. Nolan, Esq. - 039952011<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716)204-1700<br>E-mail: lnolan@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC<br>d/b/a Mr. Cooper | |
| In Re:<br><br>SANDRA M. DEVINCENT<br><br>Debtor(s). | Case No.: 18-17157-jnp<br><br>Judge: Jerrold N. Poslusny<br><br>Chapter: 7 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    2500 Plaza 5, Suite 2548
    Jersey City, NJ 07311

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: May 16, 2018                         GROSS POLOWY, LLC
                                                 Formed in the State of Delaware

                                                 */s/* Lynn T. Nolan, Esq.
                                                 By: Lynn T. Nolan, Esq.