UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Travis J. Richards, Esq.  (TR-2556)
Weishoff & Richards, LLC
141 High Street
Mount Holly, New Jersey 08060
(609) 267-1301

**Order Filed on June 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sandra M. DeVincent

Case No.:       _18-17157-JNP

Hearing Date:  _____

Chapter:        _____7_____

Judge:          JNP_____

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | xx Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 6, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as __4 Benchly Way, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) ~~and 1303~~.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  x   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional:    Real estate broker: ReMaxx Preferred |
| Real estate attorney: Michael S. Rothmel |
| Amount to be paid:    6% of the Sales Price to real estate broker & |
| $1,000.00 for real estate attorney |
| Services rendered:   Real Estate broker negotiated and assisted debtor in sale of real estate. Attorney represented debtor in sales transaction. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

2

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_up to $11,500.00 claimed as exempt may be paid to the Debtor.

6. The XX *balance of proceeds* ~~or the ☐ balance due on the debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case.~~

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ~~☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order~~.

9. Other provisions:

3

*rev.8/1/15*