UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DEVINCENT, SANDRA M.

Case No.: 18-17157-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on   July 10, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | DEBTOR'S ½ INTEREST IN FOLLOWING PROPERTIES:<br>16 PALMETTO AVE, MARLTON NJ 08053-1821<br>(FMV $279,000.00)<br>4 BENCHLY WAY, MARLTON, NJ<br>(FMV:  $140,000.00) |
|---|---|

| Liens on property: | $253,231.00- MR COOPER (16 PALMETTO AVE)<br>$106,896.00 -BAYVIEW FINANCIAL LOAN -(1ST - BENCHLY)<br>$10,419.00 - TD BANK (2ND-BENCHLY) |
|---|---|

| Amount of equity claimed as exempt:    $0.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 18-17157-JNP
Sandra M. Devincent                                                Chapter 7
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Jun 05, 2018
                              Form ID: pdf905           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db             #Sandra M. Devincent,    16 Palmetto Ave,    Marlton, NJ 08053-1821
aty            +Michael S. Rothmel,    Mohanty & Rothmel,    33 Grant Street,    Mount Holly, NJ 08060-1308
r              +Patricia Abraldes,    Weichert Realty,    1909 Route 70,    Suite 1,    Cherry Hill, NJ 08003-4501
517447734       Car Sense,    1971 Route 541,    Mount Holly, NJ 08060-3822
517447735       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517447738       Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517447739       Santander Bank NA,    PO Box 12646,    Reading, PA 19612-2646
517447740       Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@huntington.com Jun 05 2018 23:14:41      The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
517447731      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 05 2018 23:15:09
                 Bayview Financial Loan,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
517447732       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:19      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
517447733       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:39      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
517447736       E-mail/Text: mrdiscen@discover.com Jun 05 2018 23:14:02      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517447737      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 05 2018 23:14:05      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517447741       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 23:18:50      Syncb/amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
517451150      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 23:18:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517447742       E-mail/Text: bankruptcy@td.com Jun 05 2018 23:14:47      Td Bank N.A.,    PO Box 219,
                 Lewiston, ME 04243-0219
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Lynn Therese Nolan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Debtor Sandra M. Devincent richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2018
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5