UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

 Travis J. Richards, Esq.  (TR-2556)
**Weishoff & Richards, LLC**
**141 High Street**
**Mount Holly, New Jersey 08060**
**(609) 267-1301**

**Order Filed on June 6, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

 Sandra M. DeVincent

Case No.:        _18-17157-JNP

Hearing Date: _____

Chapter:          _____7_____

Judge:           JNP_____

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | xx Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: June 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as __16 Palmetto Way, Marlton, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  x    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional:    Real estate broker: Weichert Realty

Real estate attorney: Michael S. Rothmel

Amount to be paid:    6% of the Sales Price to real estate broker &

$1,000.00 for real estate attorney

Services rendered:   Real Estate broker negotiated and assisted debtor in sale of real estate. Attorney represented debtor in sales transaction.

---

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_up to $11,500.00 claimed as exempt may be paid to the Debtor.

6.  The XX *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:
Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, shall be paid in full at time of closing out of proceeds of sale, pursuant to a payoff quote which will be provided by Nationstar Mortgage LLC d/b/a Mr. Cooper prior to closing.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17157-JNP
Sandra M. Devincent                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Jun 06, 2018
                             Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             #Sandra M. Devincent,   16 Palmetto Ave,   Marlton, NJ  08053-1821
aty            +Michael S. Rothmel,   Mohanty & Rothmel,   33 Grant Street,   Mount Holly, NJ 08060-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Lynn Therese Nolan    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
          Rebecca Ann Solarz    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           rsolarz@kmllawgroup.com
          Travis J. Richards    on behalf of Debtor Sandra M. Devincent richardslegal@yahoo.com,
           G19226@notify.cincompass.com,travis.richards@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 5